UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERYN CURTIS, et al., Plaintiffs, -v- DIANNA SHALTRY, et al., Defendants. | 26cv3642 (DLC) ORDER |

DENISE COTE, District Judge:

On August 13, 2026, defendants filed a motion to dismiss the complaint pursuant to Rules 12(b)(2) and 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiffs shall file any amended complaint by **September 3, 2026**. It is unlikely that plaintiffs will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiffs shall file any opposition to the motion to dismiss by **September 3, 2026**. Defendants' reply, if any, shall be filed by **September 17**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for August 26, 2026 is adjourned *sine die*.

Dated: New York, New York
August 13, 2026

DENISE COTE
United States District Judge