UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KATE MCENROE NEW YORK LLC; KATHERYN CURTIS,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**DESIGNS WITH DIANNA LLC; DIANNA SHALTRY,**<br><br>**Defendants.** | **Case No.: 26-cv-03642 (DLC)**<br><br>DEMAND FOR JURY TRIAL |

**FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, DIGITAL MILLENIUM COPYRIGHT ACT AND UNFAIR COMPETITION**

Plaintiff, Kate McEnroe New York LLC ("**Plaintiff McEnroe"**) and Katheryn Curtis (" **Plaintiff Curtis**") (collectively, the "**Plaintiffs**") by and through their attorneys, Barclay Damon LLP, as and for their Complaint against Defendants, Dianna Shaltry ("**Defendant Shaltry**") and Designs with Dianna LLC ("**Defendant DWD**"); (collectively, the "**Defendants**"), alleges and sets forth as follows:

## PRELIMINARY STATEMENT

Plaintiffs are the authors/owners of a registered copyright for Plaintiffs' original expression of an "atomic cat" embodied in Plaintiffs' version of an atomic cat ("Plaintiffs Copyrighted Work"). To be clear, Plaintiffs ***are not*** seeking a monopoly on all atomic cats and are only seeking to prevent others from copying/infringing upon Plaintiffs' version of an atomic cat, a/k/a Plaintiffs' Copyrighted Work.

Defendants are the owners of an Etsy ecommerce site that offers for sale, among other things, exact copies of ("Infringing Copies") Plaintiffs Copyrighted Work. Defendants have been

operating the site since at least 2024. The site is open to the public and customers have placed orders that Defendants have shipped to persons in the State of New York and to this District.

Set forth below are images of Plaintiffs Copyrighted Work – side-by-side – with Defendants Infringing Copies.

| **Plaintiffs' Design** | **Defendants' Infringing Copies** |
|---|---|
|  |  |
|  |  |
|  |  |

| Plaintiffs’ Design | Defendants’ Infringing Copies |
|---|---|
|  |  |
|  |  |
|  |  |

| Plaintiffs' Design | Defendants' Infringing Copies |
|---|---|
|  |  |
|  |  |
|  |  |

| Plaintiffs' Design | Defendants' Infringing Copies |
|---|---|
|  |  |
|  | <br> |
|  | <br> |

| Plaintiffs' Design | Defendants' Infringing Copies |
|---|---|
|  |  |
|  |  |
|  |  |

| Plaintiffs' Design | Defendants' Infringing Copies |
|---|---|
|  |  |
|  |  |
|  |  |

| Plaintiffs' Design | Defendants' Infringing Copies |
|---|---|
|  |  |
|  |  |
|  |  |

## INTRODUCTION

2. This is an action for copyright infringement pursuant to the United States Copyright Act, 17 U.S.C. § 101, et seq. (the "**Copyright Act**"), material misrepresentations under the Digital Millennium Copyright Act, 17 USCS § 512 (f) (the "**DMCA**") and unfair competition under NY CLS Gen Bus § 349.

## NATURE OF ACTION

3. Plaintiff Kate McEnroe New York LLC is a small business, highly regarded for its design, manufacture, promotion and distribution of unique home goods, fashion and accessories, including products featuring its original artwork.

4. Plaintiff Katheryn Curtis is the founder of Kate McEnroe New York LLC, and a renowned artist known for her stylized illustrations and works of art.

5. At all relevant times hereto, Plaintiffs owns and operates the website and content located at the web URL https://katemcenroeny.com/ ("**Plaintiffs Store**") and the Etsy store located at the web URL https://www.etsy.com/shop/KateMcEnroeNYC ("**Plaintiffs Etsy**") (collectively, "**Plaintiffs Channels"**).

6. Without permission from Plaintiffs, Defendants copied, sold, manufactured, and/or distributed Infringing Copies of Plaintiffs' original Copyrighted Work that are substantially similar, if not identical to, Plaintiffs' Copyrighted Work.

7. Plaintiff seeks relief from Defendants' unauthorized actions that are a violation of Section 106 of the Copyright Act and Plaintiffs' rights.

## PARTIES

8. Plaintiff McEnroe is a limited liability company organized under the laws of the State of New York with a principal place of business in New York, New York.

9. Plaintiff McEnroe designs, manufactures, and sells products, apparel and other products to individual purchasers, stores and retailers in New York (including in this District) and across the country through Plaintiffs Channels.

10. Plaintiff Curtis is an individual residing in Queens, New York.

11. Plaintiff Curtis is the author and owner of the Copyrighted Work that was registered with the United States Copyright Office ("**Copyright Office**") prior to the institution of this action ("**Action**") in accordance with 17 U.S.C. § 411.

12. On information and belief, Defendant Shaltry is an individual residing in Hersey, Michigan.

13. Defendant DWD is a limited liability company organized under the laws of the State of Michigan with a principal place of business in Hersey, Michigan.

14. On information and belief, Defendant Shaltry is the founder, registered agent, and owner of Designs With Dianna LLC.

## JURISDICTION AND VENUE

15. This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. §§ 1331 and 1338 because the action arises under the Federal Copyright Act.

16. This Court has personal jurisdiction over each of the Defendants. Each Defendant has individually or collectively marketed and offered for sale in the State of New York and in this District copies of Plaintiffs' Work that are the subject of this action, including through its promotion and offer for sale at Defendants' Etsy storefront.

17. Defendants have offered various products for sale through its Etsy storefront located at the Web URL https://www.etsy.com/shop/DesignswithDianna, which is accessible nationwide ("**DWD Etsy**").

18. Defendants have admitted to selling their products to customers in the State of New York and within this District. See **Exhibit E** (copies of Defendants' sales records attached to its Motion to Dismiss).

19. Defendants have also offered for sale through its Etsy storefront the Infringing Copies. See **Exhibits B, C,** and **D** (Defendants' Etsy storefront listings).

20. Defendant Shaltry also operates DWD in her own name and presents herself to the public as the seller. The DWD storefront identifies her as "Dianna," displays her personal biography and photograph, and describes her as a "Photographer and Designer."

21. Shaltry personally responds to customer reviews and other communications on the seller page under her own name, rather than solely through a separate corporate or trade name. Through these representations and interactions, Defendant Shaltry knowingly held herself out as the individual responsible for the products, designs, and commercial activity at issue.

22. Defendant DWD is also subject to personal jurisdiction in New York; in having committed acts outside of New York – copyright infringement - that caused injury to Plaintiffs within New York including lost sales.

23. Defendants regularly do and/or solicit business in New York; in deriving substantial revenue from goods used or services rendered in New York and in expecting or reasonably expecting its infringing conduct to have consequences in New York; and in deriving substantial revenue from interstate commerce.

24. Defendants also availed themselves of the dispute resolution mechanisms of Etsy against an entity doing business in the State of New York and in this District.

25. Venue is proper in this District pursuant to and under 28 U.S.C. §§ 1391(b), (c), and 1400(a) because Defendants are subject to personal jurisdiction in the State of New York, in

this District. Specifically, each Defendant is marketing and selling products in this judicial district.

## FACTS COMMON TO ALL CLAIMS

### A. PLAINTIFF CURTIS'S COPYRIGHTED WORK

26. Plaintiff Curtis is a professional artist by trade who is the legal and rightful owner of certain designs and works of art.

27. Plaintiff Curtis has invested significant time and money in building Plaintiffs' portfolio of unique designs and works, including the atomic cat images that are the subject of this action ("Atomic Cat Images").

28. Plaintiff Curtis is the author and owner of all right, title and interest in the following U.S. Copyright Registration to an original work of authorship embodied in an original two-dimensional visual work depicted below ("**Work**").



29. The Work was registered by the Copyright Office and issued under Registration No. VA 2-467-469 on October 2, 2025. A true and accurate copy of the Certificate of Copyright is attached hereto as **Exhibit A.**

30. Plaintiffs' Work is an original and creative expression that is owned by Plaintiff who has the right to enforce its rights under Section 501 of the Copyright Act.

31. The Atomic Cat Images are Curtis' original works of authorship, were independently created by Plaintiff Curtis, and were reduced to a tangible medium by Curtis on February 23, 2024.

32. The Atomic Cat Images are Plaintiffs' original expression/version of an atomic cat.

33. Plaintiffs do not claim to have a monopoly on all atomic cat images or the idea of an atomic cat.

34. Plaintiffs' original expression includes the Work's specific anatomical rendering of the atomic cat, including the tapered neck, the distinctive V-shaped negative space separating the head from the neck, angular ears, cheek and jaw structure, placement and angle of eyes, the elongated forelimbs, the unusual shoulder and haunch contours, and the nonstandard curvature and positioning of the tail.

35. The Work also includes Plaintiff's original choices concerning proportions, shading, facial expression, posture, and perspective. These elements are not dictated by the mere idea of depicting an atomic cat and reflect Plaintiffs' individual artistic judgment and creative choices.

36. The protectable expression lies not in any isolated generic feature, but in Plaintiffs' original selection, arrangement, and execution of these details as embodied in the Work.

37. Plaintiffs seek only to enforce its rights pursuant to Section 106 of the Copyright Act, including to prevent copying of Plaintiffs' original expression as embodied in the Work.

38. Plaintiff Curtis first published the Work on February 28, 2024.

39. Plaintiff McEnroe holds an exclusive license to make and distribute copies of the Work for sale.

**B. <u>DEFENDANTS' WRONGFUL CONDUCT</u>**

40. Recognizing the popularity of Plaintiffs' Work and products, and in an attempt to exploit Plaintiffs' hard-earned success and good will, Defendants have engaged in unlawful and willful infringement of Plaintiffs' rights to the Work resulting in a loss of Plaintiffs' business.

41. Defendants own and operate the Etsy store located at the Web URL https://www.etsy.com/shop/DesignswithDianna, which is accessible nationwide ("**DWD Etsy**").

42. Defendants Etsy store includes the following:

> "Hi there! I was a photographer for over 12 years and have always loved working with Photoshop. I learned quickly that I enjoyed editing and creating artwork just as much as I did shooting. Creativity has been in my bones for as long as I can remember. It brings me such joy to sit down with an idea and to make it come alive in Photoshop. All of my designs are thoughtfully created by me – whether I'm hand-drawing my own original artwork, incorporating commercially licensed graphics, or using design programs with AI integrations to bring my ideas to life. I love blending creativity with modern tools to create unique pieces that add joy and style to your home. When Covid hit- I found myself unable to photograph and so I focused my time more on designing. That is how I ended up here and I haven't looked back! I love combining old and new items together. I live in Michigan and have 3 grown children, a cat, and one spoiled dog."

43. Defendant Shaltry personally participated in the acts giving rise to this action. On information and belief, Shaltry selected, copied, uploaded, edited, modified, prepared, marketed, offered, and/or sold the accused designs and products through her Etsy storefront.

44. Shaltry has represented on the storefront's "About" page that "[a]ll of my designs are thoughtfully created by me," and that she uses "design programs with AI integrations to bring [her] ideas to life."

45. Upon information and belief, Defendant Shaltry's use of artificial-intelligence-enabled tools to modify, transform, or generate portions of Plaintiff's copyrighted Work resulting in the Infringing Copies was therefore undertaken by Defendant personally in connection with the commercial operation of her Etsy business.

46. Defendants engage in their unlawful and infringing activities by and through their operation and use of the DWD Etsy.

47. Since about 2025, Defendants have engaged in their infringing and deceptive practices to Plaintiffs' detriment resulting in loss of profits, good will, injury and damages.

**C. <u>DEFENDANTS' COPYRIGHT INFRINGEMENT</u>**

48. On or about September 2025, Plaintiffs discovered that Defendants had copied and was offering a product substantially similar to Plaintiffs' Work at Defendants' DWD Etsy (**"Infringing Copy**") for sale. (A copy of which is attached hereto as **Exhibit B**).

49. Upon information and belief, Defendants had access to actual and/or constructive knowledge of, and notice of Plaintiffs' Work and copyright.

50. Defendants' Infringing Copy copies the original and protectable expressive elements in the Work.

51. A comparison of Plaintiffs' Work and the Infringing Copy is shown below for comparison:

| **Plaintiffs' Design** | **Defendants' Infringing Copy** |
|---|---|
|  |  |

52. Plaintiffs sent Defendants a message, via Etsy, demanding that Defendants cease its promotion and sales of the Infringing Copy ("**First Notice**").

53. Defendants refused to take down the Infringing Copy from the DWD Etsy storefront.

54. Instead, Defendants continued to brazenly reproduce or create new and additional offerings for sale that also infringe Plaintiffs' Work ("**New Copies"**). (Copies of the New Copies sold at DWD Etsy are attached hereto as **Exhibit C**)

55. A comparison of Plaintiffs' Work and a selection of the New Copies is shown below:

| **Plaintiffs' Design** | **Selection of New Copies** |
| --- | --- |
|  | <br><br> |

56. On or around February 26, 2026, Plaintiffs' counsel sent a letter to Defendants demanding that Defendants immediately cease and desist their infringing activities regarding the Infringing Copy and the New Copies ("**Second Notice**").

57. Plaintiffs' counsel also filed DMCA complaints, via Etsy, for a takedown of the Infringing Copy and New Copies (collectively "Infringing Copies") offered for sale and sold at the DWD Etsy **("DMCA Complaint**").

58. On or around March 2026, Etsy issued the removal notice for the Infringing Copy and New Copies.

59. On March 16, 2026, Defendants' counsel emailed Plaintiffs' counsel to acknowledge their receipt of the Second Notice.

60. In or around March 2026, Plaintiffs received a notice that Defendants or Defendants' counsel filed a DMCA counter-notice (**"DMCA Counter-Notice")**, attesting that its products were removed or disabled on the basis of Plaintiffs' "mistake or misidentification."

61. On information and belief, Defendants submitted the DMCA Counter-Notice with knowledge of Plaintiffs' rights, title, and interest to the Work, including but not limited to copies of Plaintiffs' Copyright Registration <u>and</u> copies of both the First Notice and Second Notice.

62. Defendants later reposted the Infringing Copies on the DWD Etsy storefront and have subsequently refused to cease the offering or selling of infringing copies.

63. On April 7, 2026, Plaintiffs discovered additional infringing copies were being offered for sale ("**Additional Copies"**). (Copies of the Additional Copies sold at DWD Etsy are attached hereto as **Exhibit D**)

64. A comparison of Plaintiffs' Work and a selection of the Additional Copies is shown below for comparison:

| **Plaintiffs' Design** | **Selection of Additional Copies** |
|---|---|
|  |       |

65. Defendants' refusal to remove the Infringing Copies and Defendants' decision to offer additional Infringing Copies constitute knowing and willful conduct.

66. As a result of Defendants' misconduct, Plaintiffs have been substantially harmed.

**COPYRIGHTABILITY**

67. The Work is an original expression and work of art authored and created by Plaintiff Curtis.

68. The Work is Plaintiff's version of an atomic cat and is the result of artistic choices in the posture, attitude, and the total look and feel of an atomic cat that has since gained popularity.

69. The Work was accepted by the United States Copyright Office and issued Copyright Registration Certificate No. VA 2-467-469 on October 02, 2025.

70. The Copyright Certificate for the Work constitutes *prima facie* evidence of copyrightability.

**AS AND FOR A FIRST CAUSE OF ACTION**
**(COPYRIGHT INFRINGEMENT)**

71. Plaintiffs repeats and re-alleges each and every allegation set forth above with the same force and effect as if fully set forth herein.

72. Plaintiff Curtis is, has been, and still is, the owner of all rights, title, and interest in and to the copyright of said Work.

73. Plaintiff Curtis granted an exclusive license to use the Work to Plaintiff McEnroe.

74. Defendants have infringed Plaintiff's copyright by marketing, advertising, and selling, without Plaintiff's permission, unlawful copies of Plaintiff's copyrighted Work that are not only substantially similar to Plaintiffs' original expression and Work, but are strikingly similar if not identical.

75. The following is a side-by-side comparison of Plaintiffs' Atomic Cat to Defendants' Infringing Copies:

| **Plaintiffs' Design** | **Defendants' Infringing Copy** |
|---|---|
|  |  |
|  |  |
|  |  |

| Plaintiffs' Design | Defendants' Infringing Copy |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |

| Plaintiffs' Design | Defendants' Infringing Copy |
|---|---|
|  |  |
|  |  |
|  |  |

| Plaintiffs' Design | Defendants' Infringing Copy |
| --- | --- |
|  |  |
|  |  |
|  |  |

| Plaintiffs' Design | Defendants' Infringing Copy |
|---|---|
|  |   |
|  |   |
|  |   |

| Plaintiffs' Design | Defendants' Infringing Copy |
|---|---|
|  |  |
|  |   |
|  |   |

| **Plaintiffs' Design** | **Defendants' Infringing Copy** |
|---|---|
|  |  |

76. As a result of Defendants' actions, and violations of Plaintiff's exclusive rights as copyright owner, including under Section 106 of the Copyright Act, Plaintiff has been harmed and injured, and Defendants' actions constitute copyright infringement.

77. Plaintiffs allege Defendants' infringements were negligent and/or reckless, and that Defendants profited from their use of Plaintiffs' copyrighted Work through the manufacture, offering and sales of the First Copy, New Copies and the Additional Copies.

78. Plaintiffs allege that Defendants' infringements were knowing and/or willful, and/or represent a calculated attempt to profit from Plaintiff's copyrighted Work, without permission, in that Defendants continued to infringe upon Plaintiff's copyright, despite being on notice of the copyright, through the manufacture, offering and sales of New Copies and the Additional Copies.

79. Plaintiffs are therefore entitled to all relief and remedies available to her under the Copyright Act for willful copyright infringement, including, but not limited to, actual and/or statutory damages up to $150,000 per violation, if eligible, the costs of this action, including reasonable attorneys' fees, and such other and further relief as this Court deems just, proper, and equitable.

**AS AND FOR A SECOND CAUSE OF ACTION**
**(DIGITAL MILLENNIUM COPYRIGHT ACT)**

80. Plaintiffs repeat and re-allege each and every allegation set forth above with the same force and effect as if fully set forth herein.

81. Defendants violated 17 U.S.C. § 512(f) by knowingly materially misrepresenting that its infringing products were removed or disabled by mistake or misidentification.

82. Defendants knowingly violated this statute when they intentionally filed a counter-notice on the basis of material misrepresentations.

83. Defendants' conduct in knowingly filing the counternotice was willful and intentional and done with full knowledge of Plaintiff's copyright ownership and in conscious disregard of her rights.

84. Defendants' violations of 17 U.S.C. § 512(f) have caused, and unless restrained, will continue to cause irreparable harm unless enjoined by this Court.

85. Plaintiffs are entitled to a permanent injunction barring Defendant from further DMCA violations.

**AS AND FOR A THIRD CAUSE OF ACTION**
**(UNFAIR COMPETITION – N.Y. G.B.L. § 349)**

86. Plaintiffs repeats and re-alleges each and every allegation set forth above with the same force and effect as if fully set forth herein.

87. Defendants' deceptive acts were directed at consumers and were intentionally misleading in a material way. Consumers seeking the Plaintiffs' products depicting the Work are likely to be confused into believing the infringing products are genuine articles created by Plaintiffs when in fact they are not.

88. Consumers are likely to be confused into believing the infringing products are somehow associated with or endorsed by Plaintiffs when in fact they are not.

89. By reason of Defendants' acts of unfair competition as alleged herein, Plaintiffs have suffered and will continue to suffer substantial damage to their businesses in the form of diversion of trade, loss of profits, and a dilution in the value of their rights and reputation, all in amounts yet to be determined

90. Plaintiffs have no adequate remedy at law and will suffer irreparable injury if Defendants are allowed to continue to wrongfully continue the conduct herein described.

91. In committing these acts of unfair competition, Defendants acted willfully, wantonly, recklessly, and with conscious disregard for Plaintiffs' rights. Plaintiffs are therefore entitled to punitive damages.

## JURY DEMAND

Plaintiffs hereby demands a trial by jury of all issues so triable.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs demands judgment as follows:

That the Court enters a judgment finding that Defendants have infringed upon Plaintiffs' rights to the Work in violation of 17 U.S.C. §501 *et seq.* and therefore award damages and monetary relief as follows:

(a) finding that Defendants infringed upon Plaintiffs' copyright interest in and to the Work by copying, displaying, reproducing, and creating derivatives of it without a license or consent;

(b) for an award of actual damages and disgorgement of all of Defendant's profits attributable to the infringement as provided by 17 U.S.C. § 504(b) in an amount to be proven or, in the alternative, at Plaintiff's election, an award for statutory damages, whichever is larger;

(c) for an order requiring the destruction of all of the infringing products and all marketing, advertising, or promotional materials depicting the same;

(d) for costs of litigation and reasonable attorney's fees against Defendants pursuant to 17 U.S.C. § 505;

(e) for reasonable attorneys' fees pursuant to 17 U.S.C. § 512(f), or as otherwise allowed by law for violations of the DMCA;

(f) for an order pursuant to 17 U.S.C. § 502(a) enjoining Defendants from any infringing use of any of Plaintiffs' Work;

(g) for all monetary actual and/or statutory damages sustained and to be sustained by Plaintiffs as a consequence of Defendants' unlawful conduct, pursuant to Gen. Bus. L. §349, and/or any other applicable statute;

(h) for Plaintiffs' reasonable attorney's fees, pursuant to N.Y. Gen. Bus. L. § 349, and/or any other applicable statute, together with the costs and disbursements of this action;

(i) for an order awarding Plaintiffs the costs and disbursements of this action, including reasonable attorneys' fees; and

(j) for such other and further relief as this Court deems just, proper, and equitable.

**DEMAND FOR TRIAL BY JURY**

Date: September 3, 2026

**BARCLAY DAMON LLP**

*/S/ Michael A. Oropallo*

Michael A. Oropallo
125 E. Jefferson St.
Syracuse, NY 13202
Telephone: (315) 425-2831
Facsimile: (315) 703-7367
moropallo@barclaydamon.com

Attorneys for Plaintiffs Kate McEnroe New York LLC and Katheryn Curtis

# EXHIBIT A

## Copyright Certificate

**Registration #:** VA0002467469
**Service Request #:** 1-15014569291

## Mail Certificate

Katheryn Curtis
285 NOSTRAND AVE #1072
Brooklyn, NY 11216

**Priority:** Special Handling **Application Date:** October 02, 2025

## Correspondent

**Registration Number**
# VA 2-467-469
**Effective Date of Registration:**
October 02, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Atomic Cat - Lounge Cat

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** February 28, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Katheryn Curtis
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Katheryn Curtis
285 NOSTRAND AVE #1072, Brooklyn, NY, 11216

## Certification

**Name:** Justine Marous Esq.
**Date:** October 02, 2025

# EXHIBIT B

## Infringing Copy

Etsy ☰ Categories Search for anything Sign in
Gifts | Top 100 Gifts for Mom | Home Favorites | Fashion Finds | Vintage | Registry | Gift Cards






$26.00+

Atomic Cat Print Mid Century Cat Wall Art Retro Feline Framed Artwork Vintage Style Decor For Living Room Gift for Cat Lovers

**DesignswithDianna** ★★★★★

✓ Arrives soon! Get it by Apr 28-May 2 if you order today

**Size and Color**

Select an option

4 payments at 0% interest with **Klarna** Check purchase power

**Add to cart**

**Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Shipping and return policies**

- Order today to get by **Apr 28-May 2**
- Returns & exchanges not accepted
- Cost to ship: **$5.99**
- Ships from: **Lafayette, LA**
- Deliver to United States, 14221 Change

View additional shop policies

**Shop with confidence**

## What to know

Report this item to Etsy

**Designed by** DesignswithDianna

**Materials** Wood

**About this item**

Add a bold splash of personality to your space with this Atomic Cat Framed Print — a mid-century inspired framed wall art piece that's perfect for cat lovers and retro design fans alike. Featuring a sleek atomic-age feline illustration, this high-quality print is framed and ready to elevate any modern or vintage-style room. Whether you're finishing off your gallery wall or searching for a thoughtful gift, this artwork delivers style, nostalgia, and charm in equal measure.

...

Show full description

**Be the first to review this item**

★ No reviews yet. See what customers say about other items from this shop.

Read reviews for other items



## Dianna

DesignswithDianna · Michigan, United States

★ **4.9** (1.7k) · **4.8k sales** · **4 years on Etsy**

2 shop members

Follow shop | Message seller

Typically responds within a few hours

**Smooth shipping** Has a history of shipping on time with tracking.

**Speedy replies** Has a history of replying to messages quickly.

**Rave reviews** Average review rating is 4.8 or higher.

# EXHIBIT C

## New Copies

Etsy ☰ Categories Search for anything Sign in

Gifts | Top 100 Gifts for Mom | Home Favorites | Fashion Finds | Vintage | Registry | Gift Cards





**$15.00+**

Atomic Cat Mug Groovy Cat Mug MCM Birthday Gift Present Ceramic Mug Coffee Mug Mid Century Modern Mug Cat Love Gift Stocking Stuffer

**DesignswithDianna** ★★★★★

✓ Arrives soon! Get it by Apr 22-May 1 if you order today

**Size:**

Select an option

**Quantity**

1

4 payments at 0% interest with **Klarna** Check purchase power

Add to cart

**Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Shipping and return policies**

- Order today to get by **Apr 22-May 1**
- Returns & exchanges not accepted
- Cost to ship: **$5.99**
- Ships from: **Danvers, MA**
- Deliver to United States, 14221 Change

View additional shop policies

**Shop with confidence**

## What to know

Report this item to Etsy

**Designed by** DesignswithDianna

**Materials** Ceramic

**About this item**

Introducing the Atomic Cat Mug, the perfect blend of mid-century modern design and playful charm for every cat lover. This retro coffee mug features an adorable atomic black cat, making it an eye-catching addition to your drinkware collection. Whether you're enjoying your morning coffee or sipping a cozy cup of tea, this MCM drinkware is not only stylish but also functional. Ideal as a gift for cat moms or coffee enthusiasts, the Atomic Cat Mug is sure to bring a smile to anyone's face. Elevate your beverage experience with this delightful atomic cat cup and show off your love for retro aesthetics and furry...

Show full description

**Be the first to review this item**

No reviews yet. See what customers say about other items from this shop.

Read reviews for other items



## Dianna

DesignswithDianna · Michigan, United States

★ 4.9 (1.7k) · **4.8k sales** · **4 years on Etsy**

2 shop members

Follow shop | Message seller

Typically responds within a few hours

**Smooth shipping** Has a history of shipping on time with tracking.

**Speedy replies** Has a history of replying to messages quickly.

**Rave reviews** Average review rating is 4.8 or higher.

Etsy ☰ Categories Search for anything Sign in

Gifts | Top 100 Gifts for Mom | Home Favorites | Fashion Finds | Vintage | Registry | Gift Cards






## $49.98

Atomic Cat Platter Retro Mid Century Modern Platter Retro Serving Tray 50s Kitchen Decor Gift for Cat Lovers MCM Kitchenware Starburst

**DesignswithDianna** ★★★★★

✓ Arrives soon! Get it by Apr 23-May 1 if you order today

From **$17/month**, or 4 payments at 0% interest with **Klarna**
Check purchase power

Add to cart

**Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

### Shipping and return policies

- Order today to get by **Apr 23-May 1**
- Returns & exchanges not accepted
- Cost to ship: **$5.99**
- Ships from: **Wheeling, IL**
- Deliver to United States, 14221 Change

View additional shop policies

### Shop with confidence

## What to know

Report this item to Etsy

★ **5.0 item average** 1 review

**Made by** DesignswithDianna

**Materials** Plastic

### About this item

Upgrade your kitchen with the Atomic Cat Grilling Platter, a must-have for any fan of mid-century modern style. This serving platter features a retro atomic starburst design that will elevate your dining experience, whether you're hosting a dinner party or a backyard barbecue. Perfect for outdoor gatherings, this 50s and 60s inspired dinnerware set adds a touch of vintage charm to your table setting. Impress your guests with this diamond starburst grilling plate, a true gem for your mid-century home. Make a statement with this retro party platter that combines style and functionality, perfect for showcasing your...

Show full description

## Reviews for this item

5.0 ★ Item average (1 reviews) | 5.0 Item quality | 5.0 Shipping | 100% Buyers recommend

★★★★★ 5 This item — **Stephene** | Nov 5, 2025

Beautiful product that is durable!

**Response from Dianna**
Thank you so much, Stephene! :-)

Etsy ≡ Categories | Search for anything | Sign in

Gifts | Top 100 Gifts for Mom | Home Favorites | Fashion Finds | Vintage | Registry | Gift Cards






## $24.00+

Atomic Cat Glasses MCM Retro Cocktail Glassware Set Mid Century Modern Drinkware Unique Fun Gift for Cat Lovers

**DesignswithDianna** ★★★★★

✓ Arrives soon! Get it by Apr 23-May 4 if you order today

**Quantity:**

Select an option

4 payments at 0% interest with **Klarna** Check purchase power

**Add to cart**

**Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Shipping and return policies**

- Order today to get by **Apr 23-May 4**
- Returns & exchanges not accepted
- Cost to ship: **$5.00**
- Ships from: **Mankato, MN**
- Deliver to United States, 14221 Change

View additional shop policies

**Shop with confidence**

# What to know

Report this item to Etsy

**Designed by** DesignswithDianna

**Materials** Glass

**Dimensions** Capacity: 16 fluid ounces

**About this item**

Introducing our Atomic Cat Glasses, the perfect addition for any cat lover and vintage enthusiast! These stunning mid century modern glasses bring a touch of retro charm to your home bar, making them ideal for entertaining or enjoying a quiet drink. Crafted with a unique atomic cat design, these MCM barware pieces are not just functional but also serve as delightful decorations that reflect your love for feline friends. Whether you're searching for retro glassware to complete your collection or a thoughtful gift for cat moms and black cat lovers, these Atomic Cat Drinkware items stand out beautifully as...

Show full description

**Be the first to review this item**

★ No reviews yet. See what customers say about other items from this shop.

Read reviews for other items



# Dianna

DesignswithDianna · Michigan, United States

★ **4.9** (1.7k) · **4.8k sales** · **4 years on Etsy**

2 shop members

Follow shop | Message seller

Typically responds within a few hours

**Smooth shipping** Has a history of shipping on time with tracking.

**Speedy replies** Has a history of replying to messages quickly.

**Rave reviews** Average review rating is 4.8 or higher.

Etsy ☰ Categories Search for anything Sign in

Gifts | Top 100 Gifts for Mom | Home Favorites | Fashion Finds | Vintage | Registry | Gift Cards






**$70.00+**

MCM Atomic Floor Lamp 1950s Atomic Cats Retro TV Light for Living Room Bedroom Mid Century Modern Design Lamp Vintage Unique Design Lamp

**DesignswithDianna** ★★★★★

✓ Arrives soon! Get it by Apr 28-May 4 if you order today

**Choose:**

Select an option

From **$12/month**, or 4 payments at 0% interest with **Klarna**
Check purchase power

**Add to cart**

**Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Shipping and return policies**

- Order today to get by **Apr 28-May 4**
- Returns & exchanges not accepted
- Free shipping
- Ships from: **Pomona, CA**
- Deliver to United States, 14221 Change

View additional shop policies

**Shop with confidence**

# What to know

Report this item to Etsy

**Materials** Linen, metal; Lamp shade material: Linen

**Dimensions** Width: 10 inches, Height: 60 inches

**About this item**

Bring retro charm and warm ambiance to your space with this Mid-Century Modern Arc Floor Lamp featuring a unique atomic cat-themed lampshade. Designed for cat lovers and fans of vintage design, this lamp serves as both a functional lighting piece and a nostalgic decor accent. Its curved black stand and eye-catching print make it the perfect addition to your bedroom, book nook, or living room.
...

Show full description

**Be the first to review this item**

★ No reviews yet. See what customers say about other items from this shop.

Read reviews for other items



## Dianna

DesignswithDianna · Michigan, United States

★ 4.9 (1.7k) · **4.8k sales** · **4 years on Etsy**

2 shop members

Follow shop | Message seller

Typically responds within a few hours

**Smooth shipping** Has a history of shipping on time with tracking.

**Speedy replies** Has a history of replying to messages quickly.

**Rave reviews** Average review rating is 4.8 or higher.

Etsy ≡ Categories Search for anything Sign in

Gifts Top 100 Gifts for Mom Home Favorites Fashion Finds Vintage Registry Gift Cards






$140.00

Atomic Cat Nesting Tables Retro TV Side Table Set Mid Century Modern Decor for Living Room Bedroom Cat Lover Gift Small Space Furniture

DesignswithDianna ★★★★★

From **$13/month**, or 4 payments at 0% interest with **Klarna**
Check purchase power

Add to cart

**Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Shipping and return policies**

- Order today to get by **Apr 23-May 6**
- Returns & exchanges not accepted
- Free shipping
- Ships from: **Pomona, CA**
- Deliver to United States, 14221 Change

View additional shop policies

**Shop with confidence**

## What to know

Report this item to Etsy

**Designed by** DesignswithDianna

**About this item**

Bring playful nostalgia into your space with these Atomic Cat Nesting Tables featuring a vibrant retro TV design and iconic black cats. Designed for cat lovers, mid-century modern fans, or anyone with a flair for funky decor, these small-space side tables add both function and style to your living room, bedroom, or office.

Whether you're enjoying coffee, setting a lamp, or needing a quirky nightstand, this retro table set is the perfect...

Show full description

**Be the first to review this item**

No reviews yet. See what customers say about other items from this shop.

Read reviews for other items



## Dianna

DesignswithDianna · Michigan, United States

★ 4.9 (1.7k) · **4.8k sales** · **4 years on Etsy**

2 shop members

Follow shop Message seller

Typically responds within a few hours

**Smooth shipping** Has a history of shipping on time with tracking.

**Speedy replies** Has a history of replying to messages quickly.

**Rave reviews** Average review rating is 4.8 or higher.

**All reviews from this shop (1.7k)** Show all





$34.08+

Atomic Cat Shirt Long Sleeve Comfort Colors Tee Retro Cat Unisex Great Gift for Cat Lovers Mid Century Modern Style Gift

**DesignswithDianna** ★★★★★

✓ Arrives soon! Get it by Apr 24-May 1 if you order today

**Colors**

Select an option

**Sizes**

Select an option

4 payments of **$8.52** at 0% interest with **Klarna** Check purchase power

**Add to cart**

**Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Shipping and return policies**

- Order today to get by **Apr 24-May 1**
- Returns & exchanges not accepted
- Cost to ship: **$5.00**
- Ships from: **San Jose, CA**
- Deliver to United States, 14221 Change

View additional shop policies

**Shop with confidence**

## What to know

Report this item to Etsy

★ **5.0 item average** 1 review

**Designed by** DesignswithDianna

**Materials** Cotton

### About this item

Channel retro charm and feline flair with our Retro Atomic Cat Long Sleeve Shirt. Featuring a custom atomic cat design and printed on ultra-soft Comfort Colors fabric, this shirt blends nostalgic mid century style with cozy modern wearability. It's the purr-fect statement piece for cat lovers, vintage fans, and anyone who adores stylish comfort.

✨ Perfect For...

Show full description

## Reviews for this item

5.0 ★ Item average (1 reviews)

5.0 Item quality | 5.0 Shipping | 5.0 Customer service | 100% Buyers recommend

★★★★★ 5 This item — **Richard** | Jan 1, 2026

It's so cute, but it wasn't my daughters idea of MCM. I will have to find someone else to gift it to.



## Dianna

DesignswithDianna · Michigan, United States

★ 4.9 (1.7k) · **4.8k sales** · **4 years on Etsy**

2 shop members

Follow shop | Message seller

Typically responds within a few hours

Etsy ☰ Categories Search for anything Sign in

Gifts Top 100 Gifts for Mom Home Favorites Fashion Finds Vintage Registry Gift Cards





## $24.00+

Atomic Cat Shirt Comfort Colors Mid Century Modern Cat Shirt Unisex Retro Cats Tee Vintage 1950s Style Cat Lover Gift for Cat Lovers

**DesignswithDianna** ★★★★★

✓ Arrives soon! Get it by Apr 24-May 1 if you order today

**Primary color**

Select a color

**Size**

Select an option

4 payments at 0% interest with **Klarna** Check purchase power

Add to cart

**Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Shipping and return policies**

- Order today to get by **Apr 24-May 1**
- Returns & exchanges not accepted
- Cost to ship: **$5.00**
- Ships from: **San Jose, CA**
- Deliver to United States, 14221 Change

View additional shop policies

**Shop with confidence**

## What to know

Report this item to Etsy

★ **5.0 item average** 3 reviews

**Designed by** DesignswithDianna

**Materials** Cotton

### About this item

Introducing the Atomic Cat Shirt in Comfort Colors, a stylish and unique addition to any cat lover's wardrobe. This retro cat shirt features a charming atomic cat print that perfectly captures the spirit of mid-century modern design. Ideal for anyone who appreciates vintage aesthetics, this mid century cat tee is not just a piece of clothing, but a statement of your love for black cats. Whether you're heading to an atomic bowling event or just hanging out at home, this atomic cat t-shirt is a fantastic choice. It also makes for a thoughtful black cat lover gift that will surely delight anyone who adores these furry...

Show full description

## Reviews for this item

**Buyer highlights, summarized by AI:** Great quality · Happy with purchase · Lots of compliments · Very pretty

5.0 ★ Item average (3 reviews) | 5.0 Item quality | 5.0 Shipping | 5.0 Customer service | 100% Buyers recommend

★★★★★ 5 This item — **Betty** | Apr 17, 2026

I bought three shirts from this site. They are all high quality and the colors and just so pretty and bright. I will get a lot of wear from these shirts and will get lots of compliments. I love my cats and this fits the bill. Please give the seller a try, I know I have been very satisfied with all my purchases from this seller. Carol from Great Bridge, VA

**Response from Dianna**

Thank you so much, Betty! 😊

---

★★★★★ 5 This item — **Alexus** | Feb 19, 2026

Cutest designs, great quality and arrived right on time!

---

★★★★★ 5 This item — **Leia** | Feb 11, 2026

Happy with my purchase very cute.

**Response from Dianna**

Thank you so much!

Etsy ☰ Categories Search for anything Sign in

Gifts | Top 100 Gifts for Mom | Home Favorites | Fashion Finds | Vintage | Registry | Gift Cards






$140.00

Atomic Cat Retro Nesting Tables Mid Century Modern Side Tables for Cat Lovers Living Room Bedroom Plant Stand Nightstand Decor

**DesignswithDianna** ★★★★★

From **$13/month**, or 4 payments at 0% interest with **Klarna**
Check purchase power

Add to cart

**Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Shipping and return policies**

- Order today to get by **Apr 23-May 6**
- Returns & exchanges not accepted
- Free shipping
- Ships from: **Pomona, CA**
- Deliver to United States, 14221 Change

View additional shop policies

**Shop with confidence**

## What to know

Report this item to Etsy

**Designed by** DesignswithDianna

**Materials** Wood

**Dimensions** Width: 21.7 inches, Height: 17.7 inches, Depth: 21.7 inches

**About this item**

Bring vintage vibes and feline flair into your home with our Retro Atomic Cat Nesting Tables. Designed for cat lovers and mid-century modern enthusiasts, these artistic side tables double as eye-catching decor and practical furniture. With sleek nesting functionality and bold atomic cat illustrations, they add personality and purpose to any space.

Perfect For:...

Show full description

**Be the first to review this item**

No reviews yet. See what customers say about other items from this shop.

Read reviews for other items



## Dianna

DesignswithDianna · Michigan, United States

★ 4.9 (1.7k) · **4.8k sales** · **4 years on Etsy**

2 shop members

Follow shop | Message seller

Typically responds within a few hours

**Smooth shipping** Has a history of shipping on time with tracking.

**Speedy replies** Has a history of replying to messages quickly.

**Rave reviews** Average review rating is 4.8 or higher.

Etsy ☰ Categories Search for anything Sign in

Gifts | Top 100 Gifts for Mom | Home Favorites | Fashion Finds | Vintage | Registry | Gift Cards






$33.00+

Atomic Cat Throw Pillow Retro Mid Century Modern Decor Black Cat Cushion Cover for Couch Living Room Office Gift for Cat Lovers Birthday

DesignswithDianna ★★★★★

Ships from New Jersey

✓ Arrives soon! Get it by Apr 24-29 if you order today

Size

Select an option

4 payments of **$8.25** at 0% interest with **Klarna** Check purchase power

Add to cart

**Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Shipping and return policies**

- Order today to get by **Apr 24-29**
- Returns & exchanges not accepted
- Cost to ship: **$5.99**
- Ships from: **Hackettstown, NJ**
- Deliver to United States, 14221 Change

View additional shop policies

**Shop with confidence**

## What to know

Report this item to Etsy

**Designed by** DesignswithDianna

**Materials** Fill material: Polyester

### About this item

Add a Splash of Retro Charm with This Atomic Cat Throw Pillow!
This mid-century modern throw pillow features a bold black cat duo lounging around a vintage-style TV, complete with a rainbow test pattern and atomic-era graphics. A perfect blend of quirky and classy, it's designed for cat lovers, retro decor fans, and anyone looking to add a playful accent to their home. Whether you're dressing up a couch, reading nook, or office chair, this cushion delivers a unique, eye-catching flair....

Show full description

**Be the first to review this item**

★ No reviews yet. See what customers say about other items from this shop.

Read reviews for other items



## Dianna

DesignswithDianna · Michigan, United States

★ **4.9** (1.7k) · **4.8k sales** · **4 years on Etsy**

2 shop members

Follow shop | Message seller

Typically responds within a few hours

**Smooth shipping** Has a history of shipping on time with tracking.

**Speedy replies** Has a history of replying to messages quickly.

**Rave reviews** Average review rating is 4.8 or higher.

Etsy ☰ Categories Search for anything Sign in

Gifts | Top 100 Gifts for Mom | Home Favorites | Fashion Finds | Vintage | Registry | Gift Cards






$36.68+

Atomic Cat Sweatshirt Mid Century Modern Cat Lover Gift Vintage Style Cozy Winter Pullover for Women Men Thrift Store Outfit

DesignswithDianna ★★★★★

✓ Arrives soon! Get it by Apr 23-May 4 if you order today

Primary color

Select a color

Size

Select an option

4 payments of **$9.17** at 0% interest with **Klarna** Check purchase power

Add to cart

**Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Shipping and return policies**

- Order today to get by **Apr 23-May 4**
- Returns & exchanges not accepted
- Cost to ship: **$5.00**
- Ships from: **San Jose, CA**
- Deliver to United States, 14221 Change

View additional shop policies

**Shop with confidence**

## What to know

Report this item to Etsy

★ **5.0 item average** 1 review

**Designed by** DesignswithDianna

**Materials** Cotton, polyester

**About this item**

Introducing the Retro Atomic Cat Sweatshirt

Step into cozy, nostalgic style with this custom-designed atomic cat sweatshirt — a perfect blend of mid-century modern flair and feline charm. Designed for cat lovers, retro enthusiasts, and vintage fashion fans alike, this comfy pullover brings playful personality to your wardrobe while keeping you warm all season long. Whether you're lounging at home or thrifting...

Show full description

## Reviews for this item

5.0 ★ Item average (1 reviews)

★★★★★ 5 This item — Sara | Feb 1, 2026

Thanks for the SPEEDY delivery of this sweatshirt! Very pleased with the quality, and it's actually prettier than pictured. Love it! Thank you!

**Response from Dianna**

Thank you so much for the wonderful review, Sara!

Etsy ≡ Categories Search for anything Sign in
Gifts Top 100 Gifts for Mom Home Favorites Fashion Finds Vintage Registry Gift Cards






**$37.00+**

Atomic Cat Christmas Pillow Retro Mid Century Decor For Cat Lovers Unique Holiday Cushion Gift Living Room Throw Accent

**DesignswithDianna** ★★★★★

Ships from New Jersey
✓ Arrives soon! Get it by Apr 23-May 1 if you order today

**Size**

Select an option

4 payments of **$9.25** at 0% interest with **Klarna** Check purchase power

Add to cart

**Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Shipping and return policies**

- Order today to get by **Apr 23-May 1**
- Returns & exchanges not accepted
- Cost to ship: **$5.99**
- Ships from: **Hackettstown, NJ**
- Deliver to United States, 14221 Change

View additional shop policies

**Shop with confidence**

## What to know

Report this item to Etsy

**Designed by** DesignswithDianna

**Materials** Fill material: Polyester; Cover material: Polyester

### About this item

Add a dash of retro charm to your holiday decor with this Atomic Cat Christmas Pillow. Designed with exclusive mid-century modern artwork featuring black cats in Santa hats, this festive throw cushion is a must-have for cat lovers and vintage style fans. Whether you're dressing up your living room or searching for a unique seasonal gift, this pillow combines cozy comfort with standout holiday flair.
...

Show full description

### Be the first to review this item

No reviews yet. See what customers say about other items from this shop.

Read reviews for other items

## Dianna

DesignswithDianna · Michigan, United States

★ 4.9 (1.7k) · **4.8k sales** · **4 years on Etsy**

2 shop members

Follow shop Message seller

Typically responds within a few hours

**Smooth shipping** Has a history of shipping on time with tracking.

**Speedy replies** Has a history of replying to messages quickly.

**Rave reviews** Average review rating is 4.8 or higher.

Etsy

Search for anything

Sign in






$48.98

Atomic Cat Platter 1950s Christmas Mid Century Holiday Serving Tray Retro Cat Lover Gift Vintage Hostess Gift for Christmas Dinner Decor

**DesignswithDianna**

★★★★★

Arrives soon! Get it by Apr 23-May 1 if you order today

From **$17/month**, or 4 payments at 0% interest with **Klarna** Check purchase power

Add to cart

Etsy

Search for anything

Sign in






$15.00+

Atomic Cat Mug Mid Century Modern Black Cat Mug Retro Coffee Cup Vintage Inspired Cat Lover Gift 11 and 15 ounce Ceramic Drinkware

**DesignswithDianna**

★★★★★

Ships from Maryland

Arrives soon! Get it by Apr 23-May 1 if you order today

**Size**

Select an option

# EXHIBIT D

## Additional Copies

Etsy Categories Search for anything Sign in

Gifts | Top 100 Gifts for Mom | Home Favorites | Fashion Finds | Vintage | Registry | Gift Cards






Report this item to Etsy

10 views in the last 24 hours

**$54.98**

Atomic Cat Purse Retro Mid Century Modern Handbag Vintage Cat Lover Bag Colorful MCM Circle Pattern Statement Handbag Gift

**DesignswithDianna** ★★★★★

From **$19/month**, or 4 payments at 0% interest with **Klarna**
Check purchase power

Add to cart

**Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Item details**

**Highlights**

Materials: Faux leather

Make a bold statement with this Atomic Cat Purse, featuring a playful mid century modern design with sleek black cats set against a vibrant retro atomic starbursts. Perfect for cat lovers and vintage style enthusiasts, this handbag blends nostalgic atomic-era charm with everyday functionality. Whether you're heading out for a casual day or dressing up your outfit, this

Learn more about this item

**Shipping and return policies**

Order today to get by May 2-8

Returns & exchanges not accepted

Cost to ship: **$5.00**

Ships from: **Sioux Falls, SD**

Deliver to United States, 02293

**Did you know?**

**Etsy Purchase Protection**
Shop confidently on Etsy knowing if something goes wrong with an order, we've got your back for all eligible purchases — see program terms

Etsy invests in climate solutions like electric trucks and carbon offsets for every delivery. See how

View additional shop policies

**Meet your seller**

## Be the first to review this item

No reviews yet. See what customers say about other items from this shop.

Read reviews for other items

## Dianna

DesignswithDianna · Michigan, United States

★ 4.9 (1.7k) · **4.8k sales** · **4 years on Etsy**

2 shop members

Follow shop | Message seller

Typically responds within a few hours

**Smooth shipping** Has a history of shipping on time with tracking.

**Speedy replies** Has a history of replying to messages quickly.

**Rave reviews** Average review rating is 4.8 or higher.

## All reviews from this shop (1.7k)

Show all

★★★★★
Better than imagined! I am going to order another ! My friend Loved it! Thanks
**Etsy buyer** | Apr 21, 2026
Purchased: Vintage Pyrex Butterpr...

★★★★★
Dianna, This was a gift for my DIL. She loves it as it matches her new second smaller vintage turquoise fridge. Thank you, Diana (with one n-ha)
**Diana** | Apr 21, 2026
Purchased: Pyrex Amish Butterprint Slat...

★★★★★
Arrived quickly & very well pleased.
**Vicki** | Apr 21, 2026
Purchased: Atomic Cat W

Why are these reviews shown?

Etsy

Search for anything

Sign in






Report this item to Etsy

7 views in the last 24 hours

**$27.98+**

Atomic Cat Shirt Mid Century Modern Cat T Shirt Retro Cat Lover Gift Vintage MCM Graphic Tee Womens V Neck Retro Cat Shirt

**DesignswithDianna**

★★★★★

Arrives soon! Get it by May 7-13 if you order today

**Sizes**

Select an option

**Colors**

Select an option

4 payments at 0% interest with **Klarna** Check purchase power

Add to cart

**Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

**Item details**

**Highlights**

- Designed by **DesignswithDianna**
- Materials: Cotton

🐈 Retro Style Meets Cat Lover Charm

Show off your love for cats and vintage style with this Atomic Cat V-Neck Shirt, featuring a playful black cat lounging in a bold mid-century modern setting. With vibrant geometric shapes and iconic atomic starburst accents, this tee is perfect for anyone who loves retro aesthetics and feline flair.

Whether you're heading out or relaxing at home, this shirt adds a unique, conversation-starting touch to your everyday look.

Learn more about this item

**Shipping and return policies**

- Order today to get by **May 7-13**
- Returns & exchanges not accepted
- Cost to ship: **$5.99**
- Ships from: **San Jose, CA**

**Deliver to United States, 02293**

**Did you know?**

Etsy

Search for anything

Sign in






$43.98+

Atomic Cat Platter Mid Century Modern Cat Tray Retro Floral Platter MCM Kitchen Decor Cat Lover Gift

**DesignswithDianna**

★★★★★

Arrives soon! Get it by Apr 23-May 2 if you order today

**Option**

Select an option

4 payments of **$10.99** at 0% interest with **Klarna** Check purchase power

Etsy

Search for anything

Sign in






$41.98+

Personalized Atomic Cat Birthday Platter Retro Cat Party Tray Custom Name Mid Century Modern Serving Platter Birthday Gift

**DesignswithDianna**

★★★★★

Arrives soon! Get it by Apr 23-May 2 if you order today

**Option**

Select an option

**+ Add personalization**

Etsy

Search for anything

Sign in






$41.98+

Personalized Atomic Cat Platter Retro Diner Serving Tray Mid Century Modern Custom Name Kitchen Decor Gift

**DesignswithDianna**

★★★★★

Arrives soon! Get it by Apr 23-May 2 if you order today

**Option**

Select an option

**+ Add personalization**

Etsy

Search for anything

Sign in






$41.98+

Atomic Cat Platter Mid Century Modern Serving Tray Retro Cat Decor MCM Kitchen Vintage Style Cat Lover Gift

**DesignswithDianna**

★★★★★

Arrives soon! Get it by Apr 23-May 2 if you order today

**Option**

Select an option

4 payments of **$10.49** at 0% interest with **Klarna** Check purchase power

Etsy

Search for anything

Sign in






$41.98+

Atomic Cat Coffee Platter Mid Century Modern Serving Tray Retro Cat Kitchen Decor MCM Coffee Lover Gift

**DesignswithDianna**

★★★★★

Arrives soon! Get it by Apr 23-May 2 if you order today

**Option**

Select an option

4 payments of **$10.49** at 0% interest with **Klarna** Check purchase power

Etsy

Search for anything

Sign in






8 views in the last 24 hours

**$34.98**

Atomic Cat Personalized Kindle Case Mid Century Modern Ereader Cover Custom Name Retro Cat Tablet Case MCM Gift

DesignswithDianna

★★★★★

Ships from New York

Arrives soon! Get it by Apr 23-May 1 if you order today

**Add personalization**

# EXHIBIT E

## Defendants' Etsy Sales in NY

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/28/22 | MTV Logo 80s 90s Print Design Shirt - MTV tshirt - Mtv tee shirt - Mtv tee - Mtv gifts - MTV clothing - 80's shirt - 90's shirt | 2 | 22.5 | 1266106626 | 10/28/2022 | 11/09/2022 | [redacted] | [redacted] | Lake Placid | NY | 12946 |
| 10/28/22 | MTV Logo 80s 90s Print Design Shirt - MTV tshirt - Mtv tee shirt - Mtv tee - Mtv gifts - MTV clothing - 80's shirt - 90's shirt | 4 | 21.38 | 1266106626 | 10/28/2022 | 11/09/2022 | [redacted] | [redacted] | Lake Placid | NY | 12946 |
| 10/28/22 | MTV Logo 80s 90s Print Design Shirt - MTV tshirt - Mtv tee shirt - Mtv tee - Mtv gifts - MTV clothing - 80's shirt - 90's shirt | 2 | 22.57 | 1266106626 | 10/28/2022 | 11/09/2022 | [redacted] | [redacted] | Lake Placid | NY | 12946 |
| 11/16/22 | Digital Thanksgiving Coloring Page, Digital Happy Thanksgiving Coloring Page For Kids, Thanksgiving Placemat, Thanksgiving Coloring Placemat | 1 | 0.99 | 1338897067 | 11/16/2022 | 11/16/2022 | [redacted] | [redacted] | Yorktown Heights | NY | 10598 |
| 12/03/22 | MTV shirt, MTV tshirt, Mtv tee shirt, Mtv tee, Mtv gifts, Mtv clothing, Mtv logo design shirt, 80s shirt, 90s shirt | 1 | 20.06 | 1275059703 | 12/03/2022 | 12/05/2022 | [redacted] | [redacted] | Charlton | NY | 12019 |
| 03/18/23 | Gen X Shirt - Gen X - Gen X Clothing - Generation X - Generation X Shirt - Generation X Clothing - Gen X Gifts - Generation X Gifts | 1 | 25 | 1242649714 | 03/18/2023 | 03/21/2023 | [redacted] | [redacted] | AUBURN | NY | 13021 |
| 12/03/23 | Chicken Lover Shirt, Chicken Shirt, Chicken Mama, Chicken Lover Girl , Animal Shirt, Chicken Mama Shirt, Chicken Shirts | 1 | 24.83 | 1273414309 | 12/03/2023 | 12/06/2023 | [redacted] | [redacted] | Gansevoort | NY | 12831 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/07/23 | Northern Michigan Christmas Sweatshirt, Up North Michigan Christmas Sweatshirt, Great Lakes Christmas Sweatshirt, Michigan Christmas Gift | 1 | 40.73 | 1621048097 | 12/07/2023 | 12/09/2023 | [redacted] | [redacted] | New York | NY | 10032-6626 |
| 02/12/24 | 80s Nintendo T Shirt | 1 | 24.95 | 1215330543 | 02/12/2024 | 02/13/2024 | [redacted] | [redacted] | NEW YORK | NY | 10026-1239 |
| 04/12/24 | Atomic Cat Sipper Glass with Bamboo Lid and Straw, Atomic Cat Glassware, Atomic Cat Glasses, MCM Cat Glass, Atomic Cat Birthday Gift | 1 | 26.4 | 1704622557 | 04/12/2024 | 04/18/2024 | [redacted] | [redacted] | Astoria | NY | 11103 |
| 05/17/24 | Daddy's Grilling Platter, Personalized Grilling Plate, Father's Day Gift from Kids, Grill Gifts, BBQ Custom Platter | 1 | 41.8 | 1731462637 | 05/17/2024 | 05/31/2024 | [redacted] | [redacted] | Dix hills | NY | 11746 |
| 05/17/24 | Daddy's Grilling Platter, Personalized Grilling Plate, Father's Day Gift from Kids, Grill Gifts, BBQ Custom Platter | 1 | 41.8 | 1731462637 | 05/17/2024 | 05/23/2024 | [redacted] | [redacted] | Staten Island | NY | 10306-2155 |
| 05/20/24 | Mid Mod Atomic Starburst Plate, 50s Vintage Mid Century Modern Cream and Teal Dinnerware, MCM Kitchen Gifts | 1 | 36 | 1708380550 | 05/20/2024 | 05/23/2024 | [redacted] | [redacted] | Camillus | NY | 13031 |
| 05/20/24 | Daddy's Grilling Platter, Personalized Grilling Plate, Father's Day Gift from Kids, Grill Gifts, BBQ Custom Platter | 1 | 41.8 | 1731462637 | 05/20/2024 | 05/28/2024 | [redacted] | [redacted] | Wantagh | NY | 11793 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/15/24 | Atomic Kitschy Black Cat Pint Glass, 16oz Mid Century Modern Retro Beer Glass, MCM Beer Glassware Gifts, Party Drinkware, Cocktail Glass | 4 | 21.75 | 1702259116 | 06/15/2024 | 06/18/2024 | [redacted] | [redacted] | Round Lake | NY | 12151 |
| 07/02/24 | Atomic Car Barware Glass, Mid Century Modern Engraved Cocktail Glass, Atomic Cat Barware, MCM Cat Etched Barware, Atomic Cat Glasses | 1 | 22.99 | 1755506979 | 07/02/2024 | 07/09/2024 | [redacted] | [redacted] | West Seneca | NY | 14224-3901 |
| 07/20/24 | Retro Fun 1950s Kitsch Christmas Platter, Atomic Holiday Serving Tray, Mid Century Modern Christmas Serving Platter, MCM Atomic Christmas | 1 | 41.8 | 1712148173 | 07/20/2024 | 07/29/2024 | [redacted] | [redacted] | ROCKAWAY PARK | NY | 11694 |
| 07/28/24 | Atomic Age Glass Cutting Board, Mid Century Modern Chopping Board, Retro Kitchen Decor, MCM Cheese Serving Tray | 1 | 41.5 | 1713165298 | 07/28/2024 | 08/01/2024 | [redacted] | [redacted] | New York | NY | 10162 |
| 07/28/24 | Atomic Kitschy Black Cat Pint Glass, 16oz Mid Century Modern Retro Beer Glass, MCM Beer Glassware Gifts, Party Drinkware, Cocktail Glass | 1 | 21.75 | 1702259116 | 07/28/2024 | 07/31/2024 | [redacted] | [redacted] | Lake Ronkonkoma | NY | 11779 |
| 09/12/24 | Vintage Corningware Blue Cornflower Shirt, Blue Cornflower T Shirt for Mom, Mom's Vintage Kitchen, Blue Flower Pattern, Pyrex Gifts for Her | 2 | 24.99 | 1746283050 | 09/12/2024 | 09/13/2024 | [redacted] | [redacted] | YOUNGSTOWN | NY | 14174 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/29/24 | Mid Century Modern Green Retro Wrapping Paper, Atomic Green Gift Wrap, Vintage Christmas Wrapping Paper, Cute Wrapping Paper, 1950s Paper | 1 | 69.47 | 1774881321 | 10/29/2024 | 11/03/2024 | [redacted] | [redacted] | Brewerton | NY | 13029-9454 |
| 11/07/24 | Retro Vintage 50s Franciscan Diamond Starburst Kitsch Christmas Card Art Platter, Retro Vintage 50s Cookies For Santa Plate | 1 | 56 | 1749110523 | 11/07/2024 | 11/08/2024 | [redacted] | [redacted] | Marathon | NY | 13803-7710 |
| 11/13/24 | Retro Reindeer Girl Christmas Tea Towel Mid Century Modern Kitchen Chef Gift Atomic Age Decor Retro Christmas Kitchen Decor MCM Kitchen | 1 | 23 | 1804205476 | 11/13/2024 | 11/14/2024 | [redacted] | [redacted] | ARKPORT | NY | 14807 |
| 11/19/24 | Retro Vintage 50s Franciscan Diamond Starburst Kitsch Christmas Card Art Platter, Retro Vintage 50s Cookies For Santa Plate | 1 | 44 | 1749110523 | 11/19/2024 | 11/20/2024 | [redacted] | [redacted] | Endwell | NY | 13760 |
| 11/23/24 | Art Deco Table Runner Vintage Style Table Cloth Art Nouveau Housewarming Gift Unique Home Decor Gift for Architects Mid Century Modern Decor | 1 | 46.28 | 1775026322 | 11/23/2024 | 11/23/2024 | [redacted] | [redacted] | Syracuse | NY | 13214 |
| 11/28/24 | Retro Reindeer Girl Christmas Tea Towel Mid Century Modern Kitchen Chef Gift Atomic Age Decor Retro Christmas Kitchen Decor MCM Kitchen | 1 | 31 | 1804205476 | 11/28/2024 | 11/29/2024 | [redacted] | [redacted] | RICHMOND HILL | NY | 11418-1026 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/28/24 | Atomic Rock Glass Retro Christmas Atomic Barware Kitschy MCM Whiskey Glasses Mid Century Modern Bar Unique Holiday Gift Perfect for Parties | 1 | 53 | 1809505452 | 11/28/2024 | 11/29/2024 | [redacted] | [redacted] | RICHMOND HILL | NY | 11418-1026 |
| 11/28/24 | Retro Fun 1950s Kitsch Christmas Platter, Atomic Holiday Serving Tray, Mid Century Modern Christmas Serving Platter, MCM Atomic Christmas | 1 | 75.99 | 1803871078 | 11/28/2024 | 11/29/2024 | [redacted] | [redacted] | RICHMOND HILL | NY | 11418-1026 |
| 11/29/24 | Retro Vintage 50s Franciscan Diamond Starburst Kitsch Christmas Card Art Platter, Retro Vintage 50s Cookies For Santa Plate Retro Santa Gift | 1 | 75.99 | 1775277742 | 11/29/2024 | 12/02/2024 | [redacted] | [redacted] | Albany | NY | 12203-2011 |
| 11/30/24 | Retro Fun 1950s Kitsch Christmas Platter, Atomic Holiday Serving Tray, Mid Century Modern Christmas Serving Platter, MCM Atomic Christmas | 1 | 75.99 | 1827614967 | 11/30/2024 | 12/03/2024 | [redacted] | [redacted] | Montauk | NY | 11954 |
| 11/30/24 | Retro Vintage 50s Franciscan Diamond Starburst Kitsch Christmas Card Art Pint Glass 1950s Christmas Party Glassware Gift for Her Retro Glass | 1 | 56 | 1827717815 | 11/30/2024 | 12/03/2024 | [redacted] | [redacted] | Montauk | NY | 11954 |
| 12/02/24 | Retro Vintage 50s Franciscan Diamond Starburst Kitsch Christmas Santa Table Runner Retro Santa MCM Christmas Red Starburst Table Runner | 1 | 62 | 1795201698 | 12/02/2024 | 12/02/2024 | [redacted] | [redacted] | Homer | NY | 13077 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/03/24 | Uranium Glass, Glowing Green Glass Gift, Vaseline Glass Shirt, Vintage Green Glass, Glows In the Dark, Antiquing Shirt, Collector Gift | 1 | 26.98 | 1780434699 | 12/03/2024 | 12/06/2024 | [redacted] | [redacted] | TUPPER LAKE | NY | 12986 |
| 12/06/24 | Mid Century Modern Outdoor Door Mat, Outdoor Retro Door Mat, Atomic Front Door Mat, Happy Campers Gift, Camping Doormat, MCM Atomic Door Mat | 1 | 67 | 1815616088 | 12/06/2024 | 12/13/2024 | [redacted] | [redacted] | Syracuse | NY | 13204 |
| 12/08/24 | Mid Century Modern Retro Geometric Shower Curtain Vintage 50s MCM Green Mustard Orange and Cream Quirky Bath Decor Colorful Shower Curtain | 1 | 75 | 1798659357 | 12/08/2024 | 12/08/2024 | [redacted] | [redacted] | New York | NY | 10009 |
| 12/09/24 | Retro Reindeer Girl Christmas Tea Towel Mid Century Modern Kitchen Chef Gift Atomic Age Decor Retro Christmas Kitchen Decor MCM Kitchen | 1 | 31 | 1804205476 | 12/09/2024 | 12/10/2024 | [redacted] | [redacted] | Brooklyn | NY | 11223 |
| 12/10/24 | Retro Fun 1950s Kitsch Christmas Platter, Atomic Holiday Serving Tray, Mid Century Modern Christmas Serving Platter, MCM Atomic Christmas | 1 | 75.99 | 1827614967 | 12/10/2024 | 12/13/2024 | [redacted] | [redacted] | Brooklyn | NY | 11231-1036 |
| 12/11/24 | Retro Fun 1950s Kitsch Christmas Platter, Atomic Holiday Serving Tray, Mid Century Modern Christmas Serving Platter, MCM Atomic Christmas | 1 | 75.99 | 1827614967 | 12/11/2024 | 12/18/2024 | [redacted] | [redacted] | PLEASANTVILL E | NY | 10570 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/11/24 | Retro Reindeer Girl Christmas Tea Towel Mid Century Modern Kitchen Chef Gift Atomic Age Decor Retro Christmas Kitchen Decor MCM Kitchen | 2 | 31 | 1804205476 | 12/11/2024 | 12/13/2024 | [redacted] | [redacted] | Long Beach | NY | 11561 |
| 12/12/24 | Gold Butterfly Pyrex Pattern Sweatshirt, Pyrex Shirt, Vintage Pyrex Sweatshirt, Gift for Pyrex Collector | 1 | 54 | 1761104861 | 12/12/2024 | 12/17/2024 | [redacted] | [redacted] | LATHAM | NY | 12110-3257 |
| 12/14/24 | Retro Fun 1950s Kitsch Christmas Platter, Atomic Holiday Serving Tray, Mid Century Modern Christmas Serving Platter, MCM Atomic Christmas | 1 | 75.99 | 1827614967 | 12/14/2024 | 12/19/2024 | [redacted] | [redacted] | Brooklyn | NY | 11238 |
| 12/15/24 | Atomic Cat Sweatshirt, Cat Mom Gift, Cat Lover Gifts, Retro Mid, Mid Century Modern, Atomic Cat Shirt, Retro Cat Gifts | 1 | 42.49 | 1700026200 | 12/15/2024 | 12/19/2024 | [redacted] | [redacted] | Holland | NY | 14080 |
| 12/27/24 | Vintage Corningware Blue Cornflower Shirt, Blue Cornflower T Shirt for Mom, Mom's Vintage Kitchen, Blue Flower Pattern, Pyrex Gifts for Her | 1 | 31 | 1746283050 | 12/27/2024 | 12/28/2024 | [redacted] | [redacted] | Bedford | NY | 10506 |
| 12/29/24 | 50s Retro Vintage Christmas Tea Towel Mid Century Modern Kitchen Decor Chef Gift Atomic Age Decor Retro Christmas Kitchen Decor MCM Kitchen | 1 | 31 | 1817454069 | 12/29/2024 | 12/30/2024 | [redacted] | [redacted] | NewYork | NY | 10040 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/18/25 | Uranium Glass, Glowing Green Glass Gift, Vaseline Glass Shirt, Vintage Green Glass, Glows In the Dark, Antiquing Shirt, Collector Gift | 1 | 26.98 | 1780434699 | 01/18/2025 | 01/21/2025 | [redacted] | | Ballston Lake | NY | 12019 |
| 02/05/25 | Uranium Glass, Glowing Green Glass Gift, Vaseline Glass Shirt, Vintage Green Glass, Glows In the Dark, Antiquing Shirt, Collector Gift | 1 | 26.98 | 1780434699 | 02/05/2025 | 02/07/2025 | [redacted] | | Syracuse | NY | 13210 |
| 02/21/25 | Mid Century Modern Sherpa Fleece Blanket MCM Geometric Throw in Lime Cream Green Atomic Starburst Throw Blanket Retro Style Home Decor | 1 | 75 | 1852274082 | 02/21/2025 | 02/25/2025 | [redacted] | | JACKSON HEIGHTS | NY | 11372 |
| 02/23/25 | Atomic Cat Metal Wall Artwork Cat Metal Wall Art Unique Decor for Cat Lovers Housewarming Gift Modern Home Decoration Mid Century Modern | 1 | 80 | 1697013198 | 02/23/2025 | 02/27/2025 | [redacted] | | Pleasantville | NY | 10570-3252 |
| 03/03/25 | Vintage Corningware Blue Cornflower Shirt, Blue Cornflower T Shirt for Mom, Mom's Vintage Kitchen, Blue Flower Pattern, Pyrex Gifts for Her | 1 | 31 | 1746283050 | 03/03/2025 | 03/04/2025 | [redacted] | | West Babylon | NY | 11704 |
| 03/03/25 | Retro Fun 1950s Kitsch Christmas Platter, Atomic Holiday Serving Tray, Mid Century Modern Christmas Serving Platter, MCM Atomic Christmas | 1 | 50.66 | 1779408106 | 03/03/2025 | 03/07/2025 | [redacted] | | BALDWIN | NY | 11510-4028 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/03/25 | Retro Vintage 50s Franciscan Diamond Starburst Kitsch Christmas Card Art Platter, Retro Vintage 50s Cookies For Santa Plate | 1 | 50.66 | 1776221025 | 03/03/2025 | 03/07/2025 | [redacted] | [redacted] | BALDWIN | NY | 11510-4028 |
| 03/05/25 | Personalized Blue and White Toile Platter Custom Serving Dish Chinoiserie Style Unique Gift for Mom Blue Floral Design Unique Hostess Gift | 1 | 55.66 | 1837154719 | 03/05/2025 | 03/10/2025 | [redacted] | [redacted] | Waterford | NY | 12188 |
| 03/18/25 | Personalized Blue and White Toile Platter Custom Serving Dish Chinoiserie Style Unique Gift for Mom Blue Floral Design Unique Hostess Gift | 1 | 55.66 | 1837154719 | 03/18/2025 | 03/20/2025 | [redacted] | [redacted] | West Seneca | NY | 14224 |
| 03/21/25 | Atomic Cat Handbag, Atomic Cat Crossbody Bag, Black Cat Shoulder Bag, Kitschy Cat Gift, 50s Retro Cat Hand Bag, MCM Purse, Cat Lover Gift | 1 | 62 | 1799088988 | 03/21/2025 | 03/26/2025 | [redacted] | [redacted] | Pleasantville | NY | 10570-3252 |
| 04/01/25 | MCM Atomic Floor Lamp 1950s Style Retro Lamp for Living Room Office Bedroom Mid Century Modern Design Floor Lamp Vintage Unique Design Lamp | 1 | 129 | 1875355740 | 04/01/2025 | 04/09/2025 | [redacted] | [redacted] | Highland Mills | NY | 10930 |
| 04/04/25 | Handwritten Recipe Platter Personalized Family Keepsake Custom Perfect Gift for Mom or Grandma Mother's Day Gift Family Heirloom Gift | 1 | 59.99 | 1885225587 | 04/04/2025 | 04/07/2025 | [redacted] | [redacted] | SYRACUSE | NY | 13215 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/12/25 | Personalized Blue and White Toile Platter Custom Serving Dish Chinoiserie Style Unique Gift for Mom Blue Floral Design Unique Hostess Gift | 1 | 55.66 | 1861259744 | 04/12/2025 | 04/15/2025 | [redacted] | [redacted] | BROOKLYN | NY | 11201-4368 |
| 04/15/25 | Pyrex Friendship Pattern, Pyrex Friendship Cutting Board, Pyrex Gifts, Pyrex Collector Gift, Pyrex Friendship Pattern Cheese Tray, Chopping | 1 | 65 | 1763921875 | 04/15/2025 | 04/17/2025 | [redacted] | [redacted] | Lodi | NY | 14860 |
| 04/16/25 | Atomic Cat 20 ounce Tumbler Retro Gift for Cat Owners Mid Century Modern Unique Cat Lover Present | 1 | 35 | 1887934890 | 04/16/2025 | 04/17/2025 | [redacted] | [redacted] | Watkins Glen | NY | 14891-1429 |
| 04/27/25 | Atomic Scottie Dog Glass, Mid Century Modern Wine Glass, Atomic Dog Barware, Atomic Dog Glassware, MCM Glassware, Retro Dog Glass Barware | 2 | 22.49 | 1806154395 | 04/27/2025 | 05/01/2025 | [redacted] | [redacted] | Dunkirk | NY | 14048-9629 |
| 05/01/25 | Uranium Glass, Glowing Green Glass Gift, Vaseline Glass Shirt, Vintage Green Glass, Glows In the Dark, Antiquing Shirt, Collector Gift | 1 | 26.98 | 1780434699 | 05/01/2025 | 05/06/2025 | [redacted] | [redacted] | Oceanside | NY | 11572 |
| 05/04/25 | Custom Blue and White Chinoiserie Name Sign Personalized Toile Family Name Wall Art French Country Home Decor Delft Tile Inspired Print | 1 | 30 | 1892565049 | 05/04/2025 | 05/08/2025 | [redacted] | [redacted] | Walworth | NY | 14568 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/14/25 | Mid Century Modern Doormat, 1950s Inspired Welcome Mat, Retro Front Door Decor, Mid Century Modern Rug, Housewarming Retro Gift, Vintage Rug | 1 | 81.4 | 1816179925 | 05/14/2025 | 05/19/2025 | [redacted] | [redacted] | Amagansett | NY | 11930 |
| 05/21/25 | Personalized Daddy's Grilling Plate Custom BBQ Gift for Dad Grandpa or Husband Unique Fathers Day Present from Kids Grill Master Platter | 1 | 39.99 | 4307199866 | 05/21/2025 | 05/28/2025 | [redacted] | [redacted] | Lockport | NY | 14094 |
| 05/26/25 | Custom Wedding Gift Personalized Bridal Shower Gift Blue Floral Toile Platter Unique Gift for Groom and Bride Kitchen Decor Gift for Mom | 1 | 65.77 | 1883073580 | 05/26/2025 | 05/30/2025 | [redacted] | [redacted] | calverton | NY | 11933-1424 |
| 05/27/25 | Custom Wedding Gift Personalized Bridal Shower Gift Blue Floral Toile Platter Unique Gift for Groom and Bride Kitchen Decor Gift for Mom | 1 | 65.77 | 1883073580 | 05/27/2025 | 05/30/2025 | [redacted] | [redacted] | New York | NY | 10005 |
| 05/29/25 | Personalized Daddy's Grilling Plate Custom BBQ Gift for Dad Grandpa or Husband Unique Fathers Day Present from Kids Grill Master Platter | 1 | 39.99 | 4307199866 | 05/29/2025 | 06/03/2025 | [redacted] | [redacted] | New York | NY | 10028 |
| 06/04/25 | Personalized Daddy's Grilling Plate Custom BBQ Gift for Dad Grandpa or Husband Unique Fathers Day Present from Kids Grill Master Platter | 1 | 45.31 | 4307199866 | 06/04/2025 | 06/11/2025 | [redacted] | [redacted] | WEBSTER | NY | 14580 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/05/25 | Handwritten Recipe Platter Personalized Family Keepsake Custom Perfect Gift for Mom or Grandma Mother's Day Gift Family Heirloom Gift | 1 | 74.99 | 1885225587 | 06/05/2025 | 06/12/2025 | [redacted] | [redacted] | Ronkonkoma | NY | 11779-4687 |
| 06/10/25 | Vintage Corningware Blue Cornflower Shirt, Blue Cornflower T Shirt for Mom, Mom's Vintage Kitchen, Blue Flower Pattern, Pyrex Gifts for Her | 1 | 31 | 1746283050 | 06/10/2025 | 06/11/2025 | [redacted] | [redacted] | New York | NY | 10016-2024 |
| 06/15/25 | MCM Atomic Floor Lamp Atomic Mid Century Design Light 1950s Style Retro Lamp for Living Room Office Bedroom Mid Century Modern Design Lamp | 1 | 100 | 1868256506 | 06/15/2025 | 06/21/2025 | [redacted] | [redacted] | South Salem | NY | 10590-1215 |
| 06/29/25 | Atomic Age Glass Cutting Board Vintage Kitchen Decor Mid Century Modern Chopping Board Gift for Her Hostess Gift 1950s Kitchen Style | 1 | 54 | 1882030529 | 06/29/2025 | 07/01/2025 | [redacted] | [redacted] | SHELTER ISLAND | NY | 11964 |
| 07/02/25 | MCM Atomic Floor Lamp 1950s Style Retro Lamp for Living Room Office Bedroom Mid Century Modern Design Floor Lamp Vintage Unique Design Lamp | 1 | 75 | 4319523134 | 07/02/2025 | 07/10/2025 | [redacted] | [redacted] | Brooklyn | NY | 11215 |
| 07/08/25 | Uranium Glowing Glass Tote Bag Great Gift for Vaseline Glass Collectors and Thrifters | 1 | 26.99 | 4306315285 | 07/08/2025 | 07/11/2025 | [redacted] | [redacted] | NEW YORK | NY | 10024-3206 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/14/25 | Personalized Blue and White Toile Platter Custom Serving Dish Chinoiserie Style Unique Gift for Mom Blue Floral Design Unique Hostess Gift | 1 | 55.66 | 1871069110 | 07/14/2025 | 07/16/2025 | [redacted] | [redacted] | SAYVILLE | NY | 11782 |
| 08/03/25 | Custom Wedding Gift Personalized Bridal Shower Gift Blue Floral Toile Platter Unique Gift for Groom and Bride Kitchen Decor Gift for Mom | 1 | 65.77 | 1883073580 | 08/03/2025 | 08/06/2025 | [redacted] | [redacted] | BINGHAMTON | NY | 13901 |
| 08/05/25 | Atomic Cat Rock Glasses Retro Drinkware Mid Century Modern Whiskey Glass Gifts Unique Cat Lover Present MCM Retro Cat Barware Home Decor | 1 | 52.99 | 4311507363 | 08/05/2025 | 08/08/2025 | [redacted] | [redacted] | pine bush | NY | 12566 |
| 08/07/25 | Merry Mushroom Vintage Kitchen Decor Set of 4 Stone Coasters Collectible Cottagecore Home Style Accessories 70s Mushroom Gifts | 1 | 34 | 1882771722 | 08/07/2025 | 08/13/2025 | [redacted] | [redacted] | Hudson Falls | NY | 12839-2439 |
| 08/09/25 | Mid Century Modern Arc Floor Lamp with Colorful Drum Shade Retro Style Lighting for Living Room Bedroom Office Reading Nook Decor | 1 | 189 | 1804769633 | 08/09/2025 | 08/17/2025 | [redacted] | [redacted] | Syracuse | NY | 13205 |
| 08/30/25 | Custom Handwritten Recipe Platter Toile Personalized Family Keepsake Perfect Gift for Mom or Grandma Mother's Day Family Heirloom Gift | 1 | 59.99 | 1890817438 | 08/30/2025 | 09/03/2025 | [redacted] | [redacted] | Farmingdale | NY | 11735 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/11/25 | Handwritten Recipe Platter Personalized Family Keepsake Custom Green Toile Gift for Mom or Grandma Mother's Day Gift Family Heirloom Gift | 1 | 59.99 | 1884407869 | 09/11/2025 | 09/19/2025 | [redacted] | [redacted] | Farmingdale | NY | 11735 |
| 10/03/25 | Atomic Cat Long Sleeve Shirt For Women, Atomic Cat Shirt, Cat Lover Gifts, Mid Century Modern Cat Shirt | 1 | 25.99 | 1745815645 | 10/03/2025 | 10/07/2025 | [redacted] | [redacted] | Ellenville | NY | 12428 |
| 10/06/25 | Modern Floor Lamp Retro Arc Lamp Blue Patina Copper Grunge Look Book Nook Floor Lamp for Living Room Nursery Bedroom Made in USA | 1 | 75 | 1874990686 | 10/06/2025 | 10/14/2025 | [redacted] | [redacted] | Germantown | NY | 12526 |
| 10/08/25 | Minimalist Floor Lamp Mid Century Modern Accent Lighting Home Office Decor MCM Abstract Retro Lighting for Contemporary Housewarming Gift | 1 | 110 | 4326475768 | 10/08/2025 | 10/16/2025 | [redacted] | [redacted] | BROOKLYN | NY | 11217-5527 |
| 10/09/25 | Mid Century Modern Red Retro Wrapping Paper Atomic Orange Teal Gift Wrap Vintage Christmas Wrapping Paper Cute Wrapping Paper 1950s Paper | 1 | 34.51 | 1790311505 | 10/09/2025 | 10/10/2025 | [redacted] | [redacted] | albany | NY | 12206 |
| 10/22/25 | Atomic Cat Mug Mid Century Modern Black Cat Mug Retro Coffee Cup Vintage Inspired Cat Lover Gift 11 and 15 ounce Ceramic Drinkware | 1 | 20 | 1894154913 | 10/22/2025 | 10/23/2025 | [redacted] | [redacted] | Liverpool | NY | 13088 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/26/25 | 50s Retro Vintage Christmas Tea Towel Mid Century Modern Kitchen Decor Chef Gift Atomic Age Decor Retro Christmas Kitchen Decor MCM Kitchen | 1 | 34.1 | 1829920145 | 10/26/2025 | 10/27/2025 | [redacted] | [redacted] | Ridgewood | NY | 11385-5040 |
| 10/30/25 | Atomic Cat Lamp Mid Century Modern Lamp 1950s Stylish Retro Lighting for Home Decor Unique Designs MCM Home Decor Contemporary Decor | 2 | 105 | 4320010889 | 10/30/2025 | 11/07/2025 | [redacted] | [redacted] | Bronx | NY | 10463 |
| 10/31/25 | Atomic Cat Wine Glass Retro MCM Drinkware Unique Gift for Cat Lovers Mid Century Modern Style MCM Cocktail Glasses Cute Gift for Cat Moms | 1 | 87.49 | 1806935615 | 10/31/2025 | 11/04/2025 | [redacted] | [redacted] | Wappingers Falls | NY | 12590-2125 |
| 11/02/25 | Retro Christmas Home Decor 1950s Christmas Framed Artwork Mid Century Modern Kitchen Decor Atomic Age Decor for Living Room MCM Kitchen | 1 | 28 | 1891139379 | 11/02/2025 | 11/05/2025 | [redacted] | [redacted] | Mill Neck | NY | 11765-1200 |
| 11/10/25 | Atomic Cat Wine Glass Retro MCM Drinkware Unique Gift for Cat Lovers Mid Century Modern Style MCM Cocktail Glasses Cute Gift for Cat Moms | 1 | 44.98 | 1806935615 | 11/10/2025 | 11/13/2025 | [redacted] | [redacted] | Katonah | NY | 10536 |
| 11/15/25 | Pyrex Forest Fancies Sweatshirt Vintage Pyrex Bowl Sweathshirt Great Gift for Pyrex Collector | 1 | 38 | 4398863604 | 11/15/2025 | 11/17/2025 | [redacted] | [redacted] | Corning | NY | 14830 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/16/25 | Merry Mushroom Coin Purse Retro Mushroom Change Pouch Vintage Inspired Small Bag For Coin Lipstick Nostalgic Gift For Collectors Cottagecore | 1 | 25 | 4333807942 | 11/16/2025 | 11/22/2025 | [redacted] | [redacted] | Niagara Falls | NY | 14304 |
| 11/17/25 | Retro Mushroom Purse Boho Crossbody Cottagecore Merry Mushroom Bag Vintage Mushroom Shoulder Bag Cute Mushroom Purse For Boho Women Gift | 1 | 60 | 4332210143 | 11/17/2025 | 11/23/2025 | [redacted] | [redacted] | Niagara Falls | NY | 14304 |
| 11/18/25 | Handwritten Recipe Platter Personalized Family Keepsake Custom Perfect Gift for Mom or Grandma Mother's Day Gift Family Heirloom Gift | 1 | 55 | 1885225587 | 11/18/2025 | 11/19/2025 | [redacted] | [redacted] | Poughquag | NY | 12570-5553 |
| 11/20/25 | Atomic Cat Wine Glass Retro MCM Drinkware Unique Gift for Cat Lovers Mid Century Modern Style MCM Cocktail Glasses Cute Gift for Cat Moms | 1 | 87.49 | 1806935615 | 11/20/2025 | 11/21/2025 | [redacted] | [redacted] | Wappingers Falls | NY | 12590-2125 |
| 11/21/25 | Retro New Year Platter Mid Century Modern Serving Tray Vintage 1950s Lady Holiday Decor Housewarming Gift Fun 1950s Kitsch Christmas Plate | 1 | 50 | 4402363306 | 11/21/2025 | 11/21/2025 | [redacted] | [redacted] | New York | NY | 10006-2949 |
| 11/22/25 | Mid Century Modern Floor Lamp With Colorful Geometric Shade Bold Pattern Lighting for Reading Nook Living Room Or Retro Home Decor | 1 | 110 | 4326490090 | 11/22/2025 | 12/02/2025 | [redacted] | [redacted] | NEW YORK | NY | 10024-2235 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/25/25 | Custom Handwritten Recipe Platter Toile Personalized Family Keepsake Perfect Gift for Mom or Grandma Mother's Day Family Heirloom Gift | 1 | 55 | 1890817438 | 11/25/2025 | 11/26/2025 | [redacted] | | Brooklyn | NY | 11228 |
| 11/26/25 | Fire King Jadeite Cutting Board Vintage Style Anchor Hocking Decor Mid Century Kitchen Gift for Collector or Retro Home Display Housewarming | 1 | 54 | 4338161618 | 11/26/2025 | 12/02/2025 | [redacted] | | Machias | NY | 14101 |
| 11/27/25 | Retro Christmas Home Decor 1950s Christmas Framed Artwork Mid Century Modern Kitchen Decor Atomic Age Decor for Living Room MCM Kitchen | 1 | 28 | 1890698105 | 11/27/2025 | 12/04/2025 | [redacted] | | TROY | NY | 12180 |
| 11/27/25 | Pyrex Forest Fancies Inspired Shirt, Pyrex Forest Fancies T Shirt for Mom, Mom's Vintage Kitchen, Pyrex Mushrooms Shirt, Gift for Pyrex Love | 1 | 28 | 1766389535 | 11/27/2025 | 11/27/2025 | [redacted] | | Dolgeville | NY | 13329 |
| 11/28/25 | Atomic Dog Glass Mid Century Modern Glass Set of 1,2, or 4 Retro Atomic Dog Glassware Pint Glass Barware Drinking MCM Kitschy Kitchen Decor | 1 | 106.99 | 1899635479 | 11/28/2025 | 12/02/2025 | [redacted] | | Farmingdale | NY | 11735 |
| 11/29/25 | Atomic Cat Glasses Set of Four Dishwasher Safe MCM Barware Gift | 1 | 105 | 4406588908 | 11/29/2025 | 12/03/2025 | [redacted] | | EAST MEADOW | NY | 11554 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/29/25 | Uranium Glass Ornament Collector Gift Funny Science Tree Decor With Does It Glow Niche Holiday Gift For Glassware Fans And Retro Christmas | 1 | 14 | 4362649189 | 11/29/2025 | 11/30/2025 | [redacted] | [redacted] | Utica | NY | 13501 |
| 11/30/25 | Handwritten Recipe Platter Personalized Family Keepsake Custom Perfect Gift for Mom or Grandma Mother's Day Gift Family Heirloom Gift | 1 | 55 | 1885225587 | 11/30/2025 | 12/02/2025 | [redacted] | [redacted] | New York | NY | 10003-0736 |
| 11/30/25 | Retro Vintage 50s Franciscan Diamond Starburst Kitsch Christmas Card Art Platter, Retro Vintage 50s Cookies For Santa Plate | 1 | 50 | 1769270982 | 11/30/2025 | 12/02/2025 | [redacted] | [redacted] | East Aurora | NY | 14052 |
| 11/30/25 | Uranium Glass Ornament Collector Gift Funny Science Tree Decor With Does It Glow Niche Holiday Gift For Glassware Fans And Retro Christmas | 1 | 14 | 4362649189 | 11/30/2025 | 12/01/2025 | [redacted] | [redacted] | East Rockaway | NY | 11518 |
| 12/01/25 | Custom Wedding Gift Personalized Bridal Shower Gift Blue Floral Toile Platter Unique Gift for Groom and Bride Kitchen Decor Gift for Mom | 1 | 50 | 1883073580 | 12/01/2025 | 12/03/2025 | [redacted] | [redacted] | Bethpage | NY | 11714-6110 |
| 12/02/25 | Atomic Starburst Rock Glass Retro Christmas Barware Kitsch MCM Whiskey Glass Mid Century Modern Bar Unique Holiday Gift Perfect for Parties | 1 | 53.3 | 1823882983 | 12/02/2025 | 12/06/2025 | [redacted] | [redacted] | FAIRPORT | NY | 14450 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/02/25 | 50s Mid Century Modern Geometric Starburst Table Runner, MCM Christmas Abstract Table Runner, Abstract Table Decor in White Red Green | 1 | 48 | 1766027684 | 12/02/2025 | 12/06/2025 | [redacted] | [redacted] | FAIRPORT | NY | 14450 |
| 12/02/25 | Vintage Corningware Blue Cornflower Shirt, Blue Cornflower T Shirt for Mom, Mom's Vintage Kitchen, Blue Flower Pattern, Pyrex Gifts for Her | 1 | 31 | 1746283050 | 12/02/2025 | 12/05/2025 | [redacted] | [redacted] | WEST ISLIP | NY | 11795 |
| 12/02/25 | Pyrex Forest Fancies Personzalized Ornament Vintage Pyrex Retro Mushrooms Custom Ornament for Pyrex Collector Holiday Keepsake | 1 | 13 | 4384688065 | 12/02/2025 | 12/04/2025 | [redacted] | [redacted] | Whitesboro | NY | 13492 |
| 12/03/25 | Mid Century Modern Retro Geometric Shower Curtain Vintage 50s MCM Teal Green Mustard and Rust Quirky Bath Decor Colorful Shower Curtain | 1 | 72 | 1880360673 | 12/03/2025 | 12/11/2025 | [redacted] | [redacted] | Jackson Heights | NY | 11372 |
| 12/03/25 | Personalized Merry Mushroom Ornament Retro Christmas Tree Decoration Nostalgic Gift For Mushroom Lovers Mid Century Modern Stocking Stuffer | 1 | 12 | 4348152921 | 12/03/2025 | 12/06/2025 | [redacted] | [redacted] | Rome | NY | 13440 |
| 12/03/25 | Atomic Cat Ornament Retro Christmas Tree Decoration Mid Century Modern Cat Lover Gift Atomic Style Holiday Decor Ceramic Ornament 50s Decor | 1 | 13 | 4337605438 | 12/03/2025 | 12/06/2025 | [redacted] | [redacted] | Amherst | NY | 14226 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/03/25 | Pyrex Crazy Daisy Personzalized Ornament Vintage Pyrex Spring Blossom Custom Ornament for Pyrex Collector Holiday Keepsake | 1 | 13 | 4383304987 | 12/03/2025 | 12/06/2025 | [redacted] | [redacted] | Amherst | NY | 14226 |
| 12/03/25 | Cottagecore Wallet With Merry Mushroom Print Cute Retro Mushroom Purse For Cash And Cards Vintage Aesthetic Gift For Her Travel Accessory | 1 | 42 | 4346762856 | 12/03/2025 | 12/10/2025 | [redacted] | [redacted] | Niagara Falls | NY | 14304 |
| 12/04/25 | Vintage Christmas Wrapping Retro Reindeer Gift Wrap Vintage 50s Wrapping Paper Mid Century Modern Paper Rolls Festive Christmas Gift Wrap | 1 | 26.41 | 1805424538 | 12/04/2025 | 12/08/2025 | [redacted] | [redacted] | Brooklyn | NY | 11215 |
| 12/07/25 | Atomic Cat Pillow Sham Retro Mid Century Modern Pillow Sham Decorative Bed Pillowcase Zipper Closure Soft Microfiber Accent Bedding | 2 | 32 | 4405914117 | 12/07/2025 | 12/12/2025 | [redacted] | [redacted] | Rochester | NY | 14617 |
| 12/07/25 | Atomic Cat Duvet Cover Mid Century Modern Bedding Set Retro Cat Lover Bedroom Decor Vintage Style Quilt Cover Twin Queen King | 1 | 145 | 4405485028 | 12/07/2025 | 12/12/2025 | [redacted] | [redacted] | Rochester | NY | 14617 |
| 12/08/25 | Atomic Starburst Shot Glass Mid Century Modern Barware Atomic Glassware Unique Mid Mod Gift MCM Cocktail Barware Kitsch Housewarming Gift | 2 | 19.66 | 1871881095 | 12/08/2025 | 12/11/2025 | [redacted] | [redacted] | Amherst | NY | 14226 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/08/25 | Handwritten Recipe Platter Personalized Family Keepsake Custom Perfect Gift for Mom or Grandma Mother's Day Gift Family Heirloom Gift | 1 | 55 | 1885225587 | 12/08/2025 | 12/10/2025 | [redacted] | [redacted] | Long Island City | NY | 11101 |
| 12/08/25 | Handwritten Recipe Bowl Personalized Family Keepsake Custom Perfect Gift for Mom or Grandma Mother's Day Gift Family Heirloom Gift | 1 | 43 | 4414318659 | 12/08/2025 | 12/10/2025 | [redacted] | [redacted] | New York | NY | 10314 |
| 12/08/25 | Vintage Corningware Blue Cornflower Shirt, Blue Cornflower T Shirt for Mom, Mom's Vintage Kitchen, Blue Flower Pattern, Pyrex Gifts for Her | 1 | 31 | 1746283050 | 12/08/2025 | 12/10/2025 | [redacted] | [redacted] | Jackson heights | NY | 11372 |
| 12/08/25 | Pyrex Crazy Daisy Personzalized Ornament Vintage Pyrex Spring Blossom Custom Ornament for Pyrex Collector Holiday Keepsake | 1 | 13 | 4383304987 | 12/08/2025 | 12/10/2025 | [redacted] | [redacted] | east meadow | NY | 11554-4840 |
| 12/09/25 | Cat Lover Gift \| Atomic Black Cat Retro Stemless Wine Glass \| Atomic Cat Mid Century Modern Stemless Wine Glass \| MCM Kitschy Drinkware | 1 | 22.49 | 1775265915 | 12/09/2025 | 12/13/2025 | [redacted] | [redacted] | Westbrookville | NY | 12785 |
| 12/09/25 | Atomic Cat Towel Mid Century Modern Kitchen Decor Retro Cat Lover Gift Unique MCM Home Accessories 1950s Vintage Style Kitchen Decor | 1 | 28 | 1887843263 | 12/09/2025 | 12/13/2025 | [redacted] | [redacted] | Westbrookville | NY | 12785 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/09/25 | Wine Glasses \| Wine Gift For Women \| Party Drinkware \| MCM Kitschy Drinkware \| Cat Lover Gift \| MCM Home Gift \| Atomic Cat Glassware | 1 | 22.49 | 1702995697 | 12/09/2025 | 12/13/2025 | [redacted] | [redacted] | Westbrookville | NY | 12785 |
| 12/09/25 | Atomic Cat Stemless Wine Glass, 11.75oz, Mid Century Modern Barware, Atomic Glassware | 1 | 22.49 | 1702992611 | 12/09/2025 | 12/13/2025 | [redacted] | [redacted] | Westbrookville | NY | 12785 |
| 12/09/25 | Atomic Cat Stemless Wine Glass, 11.75oz, Mid Century Modern Barware, MCM Home Gift | 1 | 22.49 | 1688816804 | 12/09/2025 | 12/13/2025 | [redacted] | [redacted] | Westbrookville | NY | 12785 |
| 12/09/25 | Atomic Cat Rock Glasses Retro Drinkware Mid Century Modern Whiskey Glass Gifts Unique Cat Lover Present MCM Retro Cat Barware Home Decor | 1 | 28.09 | 1888138468 | 12/09/2025 | 12/13/2025 | [redacted] | [redacted] | Westbrookville | NY | 12785 |
| 12/09/25 | Atomic Cat Rock Glasses Retro Drinkware Mid Century Modern Whiskey Glass Gifts Unique Cat Lover Present MCM Retro Cat Barware Home Decor | 1 | 27.59 | 4311507363 | 12/09/2025 | 12/13/2025 | [redacted] | [redacted] | Westbrookville | NY | 12785 |
| 12/10/25 | 70s Merry Mushroom Tripod Floor Lamp Mushroom Decor Retro Mushroom Lover Gift Cottagecore Home Style Accessories Lighting for Living Room | 1 | 70 | 4321529229 | 12/10/2025 | 12/20/2025 | [redacted] | [redacted] | Lake Placid | NY | 12946 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/10/25 | Merry Mushroom Kitchen Towel Mushroom Tea Towel Cottagecore Home Decor Collectible Kitchenware 70s Mushroom Gifts Merry Mushroom Kitchen | 1 | 28 | 1882756354 | 12/10/2025 | 12/15/2025 | [redacted] | [redacted] | Bergen | NY | 14416 |
| 12/10/25 | Merry Mushroom Table Runner Fall Cottagecore Decor Retro Table Linen Thanksgiving Dining Room Vintage Toadstool Aesthetic Kitchen Accent | 1 | 51 | 4341800741 | 12/10/2025 | 12/15/2025 | [redacted] | [redacted] | Bergen | NY | 14416 |
| 12/11/25 | Atomic Cat Rock Glasses Retro Drinkware Mid Century Modern Whiskey Glass Gifts Unique Cat Lover Present MCM Retro Cat Barware Home Decor | 1 | 53.09 | 4311507363 | 12/11/2025 | 12/15/2025 | [redacted] | [redacted] | New York | NY | 10032-3106 |
| 12/11/25 | Mid Century Modern Retro Geometric Shower Curtain Vintage 50s MCM Teal Green Mustard and Rust Quirky Bath Decor Colorful Shower Curtain | 1 | 72 | 1880360673 | 12/11/2025 | 12/17/2025 | [redacted] | [redacted] | Warwick | NY | 10990 |
| 12/12/25 | Handwritten Recipe Platter Personalized Family Keepsake Custom Perfect Gift for Mom or Grandma Mother's Day Gift Family Heirloom Gift | 1 | 65 | 1885225587 | 12/12/2025 | 12/16/2025 | [redacted] | [redacted] | Massapequa | NY | 11758 |
| 12/12/25 | Atomic Cat Glasses MCM Retro Cocktail Glassware Set Mid Century Modern Drinkware Unique Fun Gift for Cat Lovers | 1 | 24 | 4396325792 | 12/12/2025 | 12/15/2025 | [redacted] | [redacted] | Oswego | NY | 13126 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/13/25 | Crazy Daisy Pyrex Inspired Purse Pyrex Spring Blossom Crossbody Bag Green Floral Handbag For Collectors Moms Cottagecore Nostalgia Gift | 1 | 60 | 4333774425 | 12/13/2025 | 12/19/2025 | [redacted] | | Buffalo | NY | 14219 |
| 12/14/25 | Atomic Cat Wine Glasses Dishwasher Safe Etched | 1 | 20 | 4393533222 | 12/14/2025 | 12/17/2025 | [redacted] | | Hastings on Hudson | NY | 10706 |
| 12/14/25 | Atomic Cat Wine Glass Retro MCM Drinkware Unique Gift for Cat Lovers Mid Century Modern Style MCM Cocktail Glasses Cute Gift for Cat Moms | 1 | 44.98 | 1806935615 | 12/14/2025 | 12/17/2025 | [redacted] | | Hastings on Hudson | NY | 10706 |
| 12/14/25 | Handwritten Recipe Platter Personalized Family Keepsake Custom Perfect Gift for Mom or Grandma Mother's Day Gift Family Heirloom Gift | 1 | 65 | 1885225587 | 12/14/2025 | 12/16/2025 | [redacted] | | grand island | NY | 14072 |
| 12/16/25 | Retro Vintage 50s Franciscan Diamond Starburst Kitsch Christmas Card Art Platter, Retro Vintage 50s Cookies For Santa Plate | 1 | 45 | 1781255752 | 12/16/2025 | 12/19/2025 | [redacted] | | LINDENHURST | NY | 11757 |
| 12/17/25 | Handwritten Recipe Bowl Personalized Family Keepsake Custom Perfect Gift for Mom or Grandma Mother's Day Gift Family Heirloom Gift | 1 | 45 | 4414318659 | 12/17/2025 | 12/18/2025 | [redacted] | | EASTCHESTER | NY | 10709 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/19/25 | Atomic Cat Rock Glasses Retro Drinkware Mid Century Modern Whiskey Glass Gifts Unique Cat Lover Present MCM Retro Cat Barware Home Decor | 1 | 103.09 | 4311507363 | 12/19/2025 | 12/23/2025 | [redacted] | [redacted] | New York | NY | 10010-3224 |
| 12/20/25 | Mid Century Modern Lamp Shade 70s Orange Brown Orb Geometric Pattern Funky Lighting Vintage Style Lampshade Decor | 1 | 65 | 1889270698 | 12/20/2025 | 12/30/2025 | [redacted] | [redacted] | Long Beach | NY | 11561 |
| 12/25/25 | Atomic Cat Rock Glasses Retro Drinkware Mid Century Modern Whiskey Glass Gifts Unique Cat Lover Present MCM Retro Cat Barware Home Decor | 1 | 53.09 | 4311507363 | 12/25/2025 | 01/01/2026 | [redacted] | [redacted] | WATERVLIET | NY | 12189 |
| 12/27/25 | Atomic Starburst Retro Wrapping Paper Mid Century Modern Atomic Turquoise Starburst Gift Wrap 1950s Retro Blue Diamond Wrapping Paper | 1 | 23.71 | 1793556220 | 12/27/2025 | 12/31/2025 | [redacted] | [redacted] | Fulton | NY | 13069 |
| 12/27/25 | Atomic Starburst Wrapping Paper Retro Mid Century Modern Gift Wrap Vintage Style Paper for Holiday Birthday or Wedding Gifts and Crafts | 1 | 23.71 | 4337146636 | 12/27/2025 | 12/31/2025 | [redacted] | [redacted] | Fulton | NY | 13069 |
| 12/29/25 | Retro Valentine Home Decor 1950s Valentines Day Framed Artwork Mid Century Modern Kitchen Decor Atomic Age Decor for Living Room MCM Kitchen | 1 | 26 | 4427095222 | 12/29/2025 | 01/05/2026 | [redacted] | [redacted] | Commack | NY | 11725-4008 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/29/25 | Mid Century Modern Coasters Set Of 4 Retro Geometric Drink Coasters Colorful Pattern Home Decor Housewarming Gift For Modern Kitchen Dining | 1 | 34 | 4332663063 | 12/29/2025 | 12/30/2025 | [redacted] | [redacted] | New York | NY | 10035 |
| 01/01/26 | Handwritten Recipe Bowl Personalized Family Keepsake Custom Perfect Gift for Mom or Grandma Mother's Day Gift Family Heirloom Gift | 1 | 45 | 4414318659 | 01/01/2026 | 01/07/2026 | [redacted] | [redacted] | East Quogue | NY | 11942 |
| 01/03/26 | Blue French Toile de Jouy Set of 4 Stone Coasters Chinoiserie Square Botanical Toile Farmhouse Housewarming Gift French Floral Coaster | 1 | 34 | 1884408837 | 01/03/2026 | 01/06/2026 | [redacted] | [redacted] | Bernhards bay | NY | 13028 |
| 01/08/26 | Atomic Black Cat Retro Stemless Wine Glass, 11.75oz, Atomic Wine Glasses, Atomic Cat Glassware, Atomic Cat Barware, Atomic Retro Wine Glass | 1 | 22.49 | 1700692041 | 01/08/2026 | 01/11/2026 | [redacted] | [redacted] | Queens Village | NY | 11427-2505 |
| 01/10/26 | Retro Christmas framed Print Midcentury Holiday Wall Art Nostalgic Couple Decor Fun Vintage Winter Gift for Shelf Mantel or Entryway | 1 | 26 | 4436586504 | 01/10/2026 | 01/20/2026 | [redacted] | [redacted] | Long Beach | NY | 11561-3129 |
| 01/12/26 | Fire King Jadeite Cutting Board Vintage Style Anchor Hocking Decor Mid Century Kitchen Gift for Collector or Retro Home Display Housewarming | 1 | 45 | 4338161618 | 01/12/2026 | 01/13/2026 | [redacted] | [redacted] | EAST SETAUKET | NY | 11733-3674 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/12/26 | Book Nook Modern Floor Lamp Retro Arc Lamp Green Patina Copper Grunge Look Book Nook Floor Lamp for Living Room Nursery Bedroom Made in USA | 1 | 169 | 1889195327 | 01/12/2026 | 01/17/2026 | [redacted] | [redacted] | Newburgh | NY | 12550 |
| 01/19/26 | Uranium Glass Ornament Collector Gift Funny Science Tree Decor With Does It Glow Niche Holiday Gift For Glassware Fans And Retro Christmas | 2 | 14 | 4362649189 | 01/19/2026 | 01/19/2026 | [redacted] | [redacted] | Buffalo | NY | 14224 |
| 01/21/26 | Atomic Cat Rock Glasses Retro Drinkware Mid Century Modern Whiskey Glass Gifts Unique Cat Lover Present MCM Retro Cat Barware Home Decor | 1 | 53.09 | 4311507363 | 01/21/2026 | 01/23/2026 | [redacted] | [redacted] | Buffalo | NY | 14214-2311 |
| 02/01/26 | Vintage Pyrex Spring Blossom Coin Purse Gift for Pyrex Collectors Crazy Daisy Gift | 1 | 25 | 4415419388 | 02/01/2026 | 02/04/2026 | [redacted] | [redacted] | Buffalo | NY | 14219 |
| 02/02/26 | CorningWare Blue Cornflower Slate Tile – Retro Coffee Percolator Art Panel – Vintage Kitchen Decor Gift for Corning Collectors | 1 | 34 | 4449504742 | 02/02/2026 | 02/03/2026 | [redacted] | [redacted] | Syracuse | NY | 13215 |
| 02/05/26 | Retro Valentine Platter 1950s Style Heart Tray Mid Century Modern Charcuterie Plate Valentines Day Gift Vintage Decor for Valentines | 1 | 50 | 4425127037 | 02/05/2026 | 02/06/2026 | [redacted] | [redacted] | Bayshore | NY | 11706 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/09/26 | Franciscan Starburst Lamp MCM Atomic Floor Lamp 1950s Style Retro Lamp for Living Room Office Bedroom Mid Century Modern Design Floor Lamp | 1 | 70 | 1816503209 | 02/09/2026 | 02/19/2026 | [redacted] | [redacted] | Spencerport | NY | 14559 |
| 02/15/26 | Retro Atomic Cat Cutting Board Mid Century Modern Kitchen Decor for Cat Lovers Fun MCM Gift Idea for Cat Moms and Retro Home Enthusiasts | 1 | 40 | 4432223053 | 02/15/2026 | 02/18/2026 | [redacted] | [redacted] | Utica | NY | 13502 |
| 02/21/26 | Atomic Cat Glasses Retro Mid Century Modern Atomic Kitty Glassware Pint Glass Barware Drinking Glass MCM Kitschy Kitchen Decor Set of 1, 2,4 | 1 | 52.99 | 1792045802 | 02/21/2026 | 02/27/2026 | [redacted] | [redacted] | Utica | NY | 13502 |
| 02/25/26 | Atomic Starburst Coffee Mug – Retro Mid Century Modern Ceramic Mug for Vintage Kitchen Decor, Fun Gift for Coffee or Tea Lovers | 2 | 17 | 1727007971 | 02/25/2026 | 02/27/2026 | [redacted] | [redacted] | Rochester | NY | 14623 |
| 02/25/26 | Atomic Dog Glasses MCM Retro Cocktail Glassware Set Mid Century Modern Drinkware Unique Fun Gift for Dog Lovers | 1 | 47 | 4382886146 | 02/25/2026 | 02/28/2026 | [redacted] | [redacted] | Rochester | NY | 14623 |
| 02/28/26 | Mid Century Modern Welcome Sign Retro Wall Art Atomic Starburst Home Decor Vintage Style Artwork 1950s Aesthetic Wall Print with Frame | 1 | 28 | 1892556083 | 02/28/2026 | 03/09/2026 | [redacted] | [redacted] | Buffalo | NY | 14213 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/28/26 | MCM Atomic Floor Lamp 1950s Atomic Cats Reading Light for Living Room Bedroom Mid Century Modern Design Lamp Vintage Unique Design Lamp | 1 | 70 | 4390293963 | 02/28/2026 | 03/06/2026 | [redacted] | [redacted] | Alden | NY | 14004 |
| 03/05/26 | Pyrex Butterprint Gift, Antique Collector Gift, Pyrex Gifts, Thrifting Gift, Pyrex Collector, Pyrex Butterprint Handbag, Pyrex Gifts for Mom | 1 | 69 | 1778310881 | 03/05/2026 | 03/14/2026 | [redacted] | [redacted] | Mastic beach | NY | 11951 |
| 03/07/26 | Vintage Corningware Blue Cornflower Shirt, Blue Cornflower T Shirt for Mom, Mom's Vintage Kitchen, Blue Flower Pattern, Pyrex Gifts for Her | 1 | 31 | 1746283050 | 03/07/2026 | 03/09/2026 | [redacted] | [redacted] | ROCHESTER | NY | 14618 |
| 03/08/26 | Handwritten Recipe Keepsake on Slate Custom Family Recipe Gift Memorial Handwriting Sign 5x5 Kitchen Decor | 1 | 38 | 4460444321 | 03/08/2026 | 03/11/2026 | [redacted] | [redacted] | Dolgeville | NY | 13329-1413 |
| 03/18/26 | Vintage Pyrex Butterprint Coin Purse Gift for Pyrex Collectors Retro Rooster Coin Purse Inspired By Pyrex Butterprint | 1 | 25 | 4373494575 | 03/18/2026 | 03/19/2026 | [redacted] | [redacted] | albany | NY | 12206 |
| 03/29/26 | Scandinavian Cylinder Floor Lamp Slim Modern Lighting with Colorful Nordic Pattern for Living Room, Bedroom, Reading Nook, or Decor Upgrade | 1 | 110 | 4444854501 | 03/29/2026 | 04/08/2026 | [redacted] | [redacted] | New York | NY | 10010-7423 |

Case 1:26-cv-03642-DLC Document 1-4 Filed 04/13/26 Page 30 of 34

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/01/26 | Mid Century Modern Retro Geometric Shower Curtain Vintage 50s MCM Teal Green Mustard and Rust Quirky Bath Decor Colorful Shower Curtain | 1 | 71.98 | 1880360673 | 04/01/2026 | 04/07/2026 | [redacted] | [redacted] | Buffalo | NY | 14209-1023 |
| 04/01/26 | Mid Century Modern Retro Geometric Shower Curtain Vintage 50s MCM Teal Green Mustard and Rust Quirky Bath Decor Colorful Shower Curtain | 1 | 71.98 | 1880360673 | 04/01/2026 | 04/04/2026 | [redacted] | [redacted] | New York | NY | 10017 |
| 04/05/26 | Uranium Glass Shirt But Does It Glow Tee For Collectors Vintage Glassware Lover T Shirt Science Gift For Thrifting Fans Unisex Outfit | 1 | 28.98 | 1780434699 | 04/05/2026 | 04/07/2026 | [redacted] | [redacted] | AKRON | NY | 14001 |
| 04/06/26 | Atomic Cat Cutting Board Mid Century Modern Black Cat Retro Kitchen Decor Atomic Style MCM Gift Housewarming Hostess Bar Cart Accessory | 1 | 54 | 1778548464 | 04/06/2026 | 04/09/2026 | [redacted] | [redacted] | New York | NY | 10029 |
| 04/10/26 | Mid Century Modern Duvet Cover Geometric Bedding Retro MCM Bedding Set Colorful Modern Bedroom Decor Boho Duvet Cover | 1 | 144.98 | 4476973018 | 04/10/2026 | 04/13/2026 | [redacted] | [redacted] | Earlville | NY | 13332 |
| 04/10/26 | Mid Century Modern Pillow Sham Geometric Pillow Cover Retro MCM Bedding Colorful Modern Bedroom Decor Boho Pillow Sham | 2 | 34.98 | 4477130671 | 04/10/2026 | 04/13/2026 | [redacted] | [redacted] | Earlville | NY | 13332 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/11/26 | Art Deco Table Runner Vintage Style Table Cloth Art Nouveau Housewarming Gift Unique Home Decor Gift for Architects Mid Century Modern Decor | 1 | 44.13 | 1775026322 | 04/11/2026 | 04/13/2026 | [redacted] | [redacted] | HIGHLAND | NY | 12528 |
| 04/12/26 | Atomic Cat Glass – Mid Century Modern Cocktail Glass with Retro 50s Design for Barware Collectors, MCM Lovers, and Vintage Home Bars | 1 | 28 | 4445960295 | 04/12/2026 | 04/14/2026 | [redacted] | [redacted] | Hammondsport | NY | 14840-9731 |
| 04/12/26 | Atomic Cat Rock Glasses Retro Drinkware Mid Century Modern Whiskey Glass Gifts Unique Cat Lover Present MCM Retro Cat Barware Home Decor | 1 | 53 | 4427026954 | 04/12/2026 | 04/14/2026 | [redacted] | [redacted] | Hammondsport | NY | 14840-9731 |
| 04/12/26 | Atomic Dog Platter Retro Mid Century Modern Platter Retro Serving Tray 50s Kitchen Decor Gift for Dog Lovers MCM Kitchenware Starburst | 1 | 49.98 | 4382809671 | 04/12/2026 | 04/14/2026 | [redacted] | [redacted] | Hammondsport | NY | 14840-9731 |
| 04/14/26 | Mid Century Modern Retro Geometric Shower Curtain Vintage 50s MCM Green Pink and Cream Quirky Bath Decor Colorful Shower Curtain | 1 | 68 | 1841983326 | 04/14/2026 | 04/16/2026 | [redacted] | [redacted] | ROCHESTER | NY | 14618-1802 |
| 04/16/26 | Minimalist Floor Lamp Mid Century Modern Accent Lighting Home Office Decor MCM Abstract Retro Lighting for Contemporary Housewarming Gift | 1 | 110 | 4326475768 | 04/16/2026 | 04/24/2026 | [redacted] | [redacted] | New York | NY | 10025-2041 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/18/26 | Handwritten Recipe Platter Personalized Family Keepsake Custom Perfect Gift for Mom or Grandma Mother's Day Gift Family Heirloom Gift | 3 | 51.98 | 1885225587 | 04/18/2026 | 04/22/2026 | [redacted] | | North Babylon | NY | 11703 |
| 04/18/26 | Mid Century Modern Nesting Tables Retro Atomic Franciscan Starburst and Boomerang Design Vintage Style Furniture for Living Room or Office | 1 | 145 | 4319044357 | 04/18/2026 | 04/23/2026 | [redacted] | | Syracuse | NY | 13205-3007 |
| 04/19/26 | Mid Century Modern Tripod Floor Lamp With Bold Geometric Lampshade Vintage Accent Lighting For Living Room Bedroom Book Nook | 1 | 155 | 4366366824 | 04/19/2026 | 04/29/2026 | [redacted] | | New York | NY | 10016 |
| 04/19/26 | Mid Century Modern Set of 4 Stone Coasters Atomic Starburst Square Coasters Retro Office Decor Housewarming Gift MCM Atomic Barware Coasters | 2 | 33.49 | 1863392790 | 04/19/2026 | 04/21/2026 | [redacted] | | Buffalo | NY | 14213 |
| 04/21/26 | Atomic Cat Purse Retro Mid Century Modern Handbag Vintage Cat Lover Bag Colorful MCM Circle Pattern Statement Handbag Gift | 1 | 54.98 | 4476533876 | 04/21/2026 | 04/27/2026 | [redacted] | | Mount Vision | NY | 13810 |
| 04/22/26 | Handwritten Recipe Platter Personalized Family Keepsake Custom Perfect Gift for Mom or Grandma Mother's Day Gift Family Heirloom Gift | 1 | 57.98 | 1885225587 | 04/22/2026 | 04/25/2026 | [redacted] | | Center Moriches | NY | 11934 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/22/26 | Mid Century Modern Coasters Set Of 4 Retro Geometric Drink Coasters Colorful Pattern Home Decor Housewarming Gift For Modern Kitchen Dining | 1 | 33.49 | 4332663063 | 04/22/2026 | 04/24/2026 | [redacted] | [redacted] | Old Chatham | NY | 12136 |
| 04/27/26 | Handwritten Recipe Platter Personalized Family Keepsake Custom Perfect Gift for Mom or Grandma Mother's Day Gift Family Heirloom Gift | 1 | 40.98 | 1885225587 | 04/27/2026 | 05/01/2026 | [redacted] | [redacted] | Staten Island | NY | 10306 |
| 04/28/26 | Handwritten Recipe Platter Personalized Family Keepsake Custom Perfect Gift for Mom or Grandma Mother's Day Gift Family Heirloom Gift | 1 | 57.98 | 1885225587 | 04/28/2026 | 05/02/2026 | [redacted] | [redacted] | Staten Island | NY | 10306 |
| 04/29/26 | Handwritten Recipe Platter Personalized Family Keepsake Custom Perfect Gift for Mom or Grandma Mother's Day Gift Family Heirloom Gift | 1 | 40.98 | 1885225587 | 04/29/2026 | 05/01/2026 | [redacted] | [redacted] | Staten Island | NY | 10309 |
| 04/29/26 | Handwritten Recipe Platter Personalized Family Keepsake Custom Perfect Gift for Mom or Grandma Mother's Day Gift Family Heirloom Gift | 1 | 57.98 | 1885225587 | 04/29/2026 | 05/04/2026 | [redacted] | [redacted] | FRANKLIN SQUARE | NY | 11010 |
| 05/01/26 | Handwritten Recipe Platter Personalized Family Keepsake Custom Perfect Gift for Mom or Grandma Mother's Day Gift Family Heirloom Gift | 1 | 40.98 | 1885225587 | 05/01/2026 | 05/04/2026 | [redacted] | [redacted] | Staten Island | NY | 10309 |

| Sale Date | Item Name | Quantity | Price | Listing ID | Date Paid | Date Shipped | Ship Address1 | Ship Address2 | Ship City | Ship State | Ship Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/02/26 | Atomic Cat Art Mid Century Modern Decor Unique Cat Lover Gift Retro Home Decor Quirky Cat Wall Art Vintage Mod Cat Lover Gift Atomic Style | 1 | 30 | 1897773359 | 05/02/2026 | 05/11/2026 | [redacted] | [redacted] | Northport | NY | 11768 |
| 05/03/26 | Atomic Cat Plate Mid Century Modern Dinnerware Mid Century Modern Kitchen Fun Retro Kitchen Gift MCM Cheese Serving Tray Black Cat Gift | 1 | 37 | 1792106366 | 05/03/2026 | 05/05/2026 | [redacted] | [redacted] | Schenectady | NY | 12304 |
| 05/04/26 | Fire King Jadeite Cutting Board Vintage Style Anchor Hocking Decor Mid Century Kitchen Gift for Collector or Retro Home Display Housewarming | 1 | 56 | 4440498108 | 05/04/2026 | 05/08/2026 | [redacted] | [redacted] | Oneonta | NY | 13820-4515 |
| 05/04/26 | Retro typewriter handbag vintage style crossbody purse for writers book lovers quirky gift statement bag for author events or everyday use | 1 | 55 | 4436683022 | 05/04/2026 | 05/14/2026 | [redacted] | [redacted] | Alexandria Bay | NY | 13607-3154 |
| 05/05/26 | Pyrex Crazy Daisy Inspired Shirt, Pyrex Collector Shirt, Pyrex Spring Blossom Shirt, Antiquing Shirt, Vintage Pyrex Collector Gifts for Her | 1 | 33 | 1760852575 | 05/05/2026 | 05/07/2026 | [redacted] | [redacted] | Whitesboro | NY | 13492 |
| 05/06/26 | Library Card Coaster Set Soapstone Coasters For Book Lovers Vintage Library Gift For Readers Unique Coaster Gift For Retro Home Decor | 1 | 33.49 | 4417884959 | 05/06/2026 | 05/07/2026 | [redacted] | [redacted] | SPENCERPORT | NY | 14559 |