UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHERYN CURTIS, et al.,

Plaintiffs,

-v-

DIANNA SHALTRY, et al.,

Defendants.

26cv3642 (DLC)

ORDER

DENISE COTE, District Judge:

On August 13, 2026, defendants filed a motion to dismiss the plaintiffs' complaint in this action pursuant to Rules 12(b)(2) and 12(b)(6), Fed. R. Civ. P. An Order of August 13 directed the plaintiffs to file any first amended complaint by September 3, 2026, and alerted plaintiffs that they would likely not have another opportunity to amend. The plaintiffs filed a first amended complaint on September 3. Accordingly, it is hereby

ORDERED that the defendants' August 13 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by **September 25, 2026**
- Opposition served by **October 9, 2026**
- Reply served by **October 16, 2026**

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by

mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
September 3, 2026

DENISE COTE
United States District Judge